February 26, 2020

United States Bankruptcy Court                          Honorable Carl M. Bates
Eastern District of Virginia, Richmond Division         PO Box 1819
c/o Clerk of the Bankruptcy Court William C. Redden     Richmond, VA 23218
701 East Broad Street                                   Station01@richchap13.com
Richmond, VA 23219

Re:    Case Number 20-30632-KRH
       Frederick Dewon Cooper
       720 Carldan Road
       Richmond, VA 23227

Honorable Carl Bates;

Please consider this a complaint from a creditor to challenge dischargeability of debt, William E Howland Jr. for a judgement that was obtained, showing/handling services provided to Mr. Cooper will Fanzy. The Debtor intentionally did not notify the creditor at any time he was in a state of bankruptcy when he obtained services which William E Howland Jr provided in good faith, and with full knowledge was aware himself that he did not have any solvency to pay for the services he obtained. The debtor was deceitful and intentionally defrauded William E Howland Jr at a specific horse show, Young Horse Festival in Lexington Virginia when specifically told in writing and verbally that no horse would be shown until past due invoices were paid in full for the prior month. The debtor vowed that payments for his account were sent that day and used that verbal contract and commitment of payment sent to obtain additional services that weekend. William E Howland Jr continued to show his horses in good faith believing payment on his account was paid in full per a paypal/venmo payment and was intentionally deceived so the debtor could obtain services. That next day it became public that Frederick Cooper had been utilizing a credit card that was not his, which totaled to over $ 7,000.00 in alleged or unauthorized fraudulent charges. See attached police report filed by Deane Sabarese Crosby, Florida. When the credit card owner became aware of Mr. Cooper and the credit card fraud, he cancelled his card immediately upon receiving his card statement leaving Mr. Cooper no ability to make any payments to anyone.

It is my request as a creditor to the honorable United States Bankruptcy Court that this Case Number 20-30632-KRH Chapter 13 is reviewed and investigated with the consideration of this filing as a second attempt to fraudulently use the process of the bankruptcy court and the automatic stay in bad faith to avoid civil and potential criminal actions being heard in court along with a clear attempt to protect and conceal assets from being liquidated legally, hindering further the distribution to creditors as the law would allow.

This petitioner Frederick Dewon Cooper intentionally, knowingly and willingly obtained services and acted in bad faith in numerous business transactions to include theft of services, fraud, and theft. It was

intentional to not disclose his state of bankruptcy that he entered into on January 29, 2019, yet he would secure services or enter in contracts with the sole intention of not paying for services and or fulfilling contracts. He continued this con with full knowledge that the persons would not get paid and or the person or persons would not be able to pursue him legally in the courts as he was covered by the automatic stay. He continued the entire year of 2019 and currently continues this behavior thru February 2020. Mr. Cooper has been extremely careful to assure he had some form of minute financial transaction each time, the smallest amount of currency, so he would not be held to criminal charges by law enforcement, yet forced into a civil matter setting the stage for a breach of contract. Of course, that case would never be heard by the courts due to the automatic stay. He has engaged in this behavior knowingly and willingly and continues to do so today without hesitation or remorse.

In addition to the obvious, the January 29, 2019 Case # 19-30210-KRH that was filed on behalf of Frederick Dewon Cooper, there are clear identified misstatements of income, along with intentional deceptive listing of Assets or not thereof, assets marked deceased although alive and sold for large sums of money, and bank accounts that were open and shut during the period of time prior to his dismissal that were not reported to the trustee or the bankruptcy court.

- **Soiree** a yearling filly was claimed as Fred Cooper primary owner 50%/Rachel Kane secondary owner 50% of the horse, see USEF exhibit yet it was left off of the 1/29/19 filing completely.
- **Will Fanzy** without going through the bankruptcy court was sold to Dena Kwaschyn 9/24/19 although the asset was included in the bankruptcy and reported to be owned by Frederick Cooper and Rhett Destefano. Mr. Cooper committed this act to intentionally conceal the asset as he had stated himself that he had heard creditors were coming to Florida to lien his horse. Frederick Cooper did not appeal to the court regarding said sale. Frederick Cooper intentionally sold the horse to Dena Kwaschyn to assure that some partner was in place to conceal his sole ownership of Will Fanzy from the court and protect his asset with a partnership. Payments were sent to third parties in connection to the sale of Will Fanzy to disguise the sale to include Joyce Strain his grandmother and an alias Frederick Young (whom is really Frederick Cooper). Social media and USEF ownership still maintained Mr Cooper as the sole owner of Will Fanzy, and current posts even as of 2/25/2020 he still maintains he is the sole owner of Will Fanzy and never recognizes any partners. The initial purchase add posted October of 2017 clearly states congratulations to Frederick Cooper on the purchase of Will Fanzy and Anastazia.
- Rhett Destefano was initially listed as a partner and owner of Will Fanzy which she immediately rejected the ownership claim. An affidavit was submitted verifying this was submitted during the last bankruptcy proceeding.
- **Hope** a two-year-old mare: Frederick Cooper was the primary owner 50%/Jane Williams 50% secondary owner partner of the horse see USEF exhibit, yet it was left off of the 1/29/19 filing.
- Kristen Cyron and Meg Miranda were business partners and funding Mr. Cooper, providing income in PayPal, Venmo, Xelle, and credit card payments on his behalf.
- Leased horses not reported on 1/29/19 filing and listed as (missing assets from the first filing) which provided long term income not disclosed Keep the Secret aka Pin Up Chestnut Mare,

Certified aka Casey chestnut gelding which are currently still owned and leased, currently marketed for Sale in the amount of $ 20,000.

- **Anastazia** Working Brood Mare was listed as a pet on on page 4 of 60 line 13 with a 1$ value Schedule C Page one of 2, yet was in foal and a working brood mare at the time of his filing 1/29/19. An equine appraisal would allow for fair market value to be established and mini horses do carry a value as they are desirable pets. In addition, a re breeding attempt occurred in 7/2019 again verifying she was not a retired mare, yet a working brood mare. She was inseminated by Dr. Chad Hundley of Hundley Veterinarian and bred to Maggie Fullington's Bliss MF.
- **Marley**, Anastazia's Foal was born 8/2019 and was not reported to the court as an asset however Mr. Cooper currently claims that the foal is worth $ 10,000.00, yet no equine appraisal has been obtained to establish value and the foal is currently in very poor condition per a vet exam and Animal Control exam to the tune of being 150 pounds underweight due to a lack of nutrition and neglect.
- **Certified** - Page 48 of 60 – Horse is documented as a rescue and was adopted from the breeder, with zero value, yet it has been leased out each year since inception, and in 2018 Mr. Cooper collected $ 600.00 per month for a lease paid in 2018 to total $ 7,200.00 and has been leased out several times in the past. Certified is currently offered for sale by Vintage Farms in Eden North Carolina where Mr. Frederick Cooper has the horse being brokered for sale.
- **Keep the Secret** – aka Pin Up aka Secret was purchased by Mr. Cooper November 9, 2016 from Meredith Bauer and has been owned by him ever since and also leased out and was completely not accounted for on the list of assets. She is currently still owned by Mr. Cooper and he attempted to breed her this September 2019.
- **Danks Corner aka Rosie** – 3rd Party transfer sold for $ 5,500.00 to include payments received 12/7/18, 3/28/19, 5/24/19 – 7/14/19. This sale was not reported to the bankruptcy court.
- Dog Breeding & Brokerage Business – Bulldogs and Chihuahua's were bred and sold among other random dogs that were obtained by Mr Cooper to include a Fighting German Shepard and Rottweiler Puppies.
- Riding & Training Facility barn rented from Hanover Vegetable Farm Jeff Sears, Ashland Virginia did have various other boarders as income producers.
- **That's my Que** – reported on page 47 of 60 line 15 as deceased to the bankruptcy court yet the horse is alive and well, the owner verified such, and **the horse was sold by Frederick Cooper in the amount of $ 68,0000.00.**
- **Sherrols Ice –** also reported on page 47 of 60 line 15 as deceased to the bankruptcy court yet the horse is alive and well, again the horse was sold by Frederick Cooper for an undisclosed amount.
- **Cosmology –** Thoroughbred purchased in late spring 2018 from Florida. Horse was held for a short period of time, used to breed Anastazia (resulting in the birth of Marley) was gelded and then sold for $ 10,000.00. Frederick Cooper claimed he received the horse back twice and resold it twice. Horse was owned in 2018 and breeding stock, a stallion, and not reported in his business to intentionally conceal the asset from creditors and the honorable court.

Firearms Document page 4 of 60 – August 2019 Frederick Cooper obtained a firearm and gladly shared it through multiple postings and texts claiming he purchased it because he feared for his life. On his initial filing 1/29/19 he claimed he did not have a firearm and did not attempt to report it for a correction to his attorney or the bankruptcy court.

Joyce Strain/Merlin J Strain are Frederick Coopers grandmother/step grandfather who are also his business partners, stated by Frederick Cooper himself (see text from Frederick Cooper) and proof of rent payment/expense paid on behalf of Frederick Cooper in 2016. Joyce Strain has accepted payments on behalf of Frederick Cooper many times including in 2019 to avoid income detection. It was not reported to the bankruptcy court or paid into the plan.

Various checking accounts were closed and opened and not reported to the bankruptcy court from the initial filing 1/29/19 – the dismissal date of 1/30/20. This possibly indicates that there are numerous others we don't know about potentially where funds owed to creditors may be placed.
- Bank of America # 435033781275
- Bank of America # 435037844464

Social Security Disability was claimed on page 5 of 60 initially line 17, and petitioner clearly had established income ranging from no less than $ 50,000.00 in 2016 – current of an estimated $ 100,000 in sales between boarding income, sales, leases, canine breeding, farm sitting, and various other misc income. That correction was made on the last filing after his true estimated income was reported to SSI.

In the month of July 2019 - December 2019, Mr. Cooper even spent exceedingly unnecessary amounts of money for recreational purposes that should have been paid into his plan as required. These funds were for his own personal show horse in Florida, that is estimated to have cost in excess of five thousand dollars that should have been paid into his plan and not for self-gratification and again clearly it was not a necessity.

I pray that the court will consider this plea to not allow Mr. Cooper to deceive the court a second time. Ample opportunity was given to provide the financial documents and proof of asset value in 2019. *Those requirements were simply intentionally not met, and extensions were filed with intent to delay for self-benefit.* While he is wasting the courts time and attempting to escape justice again by possibly causing some cases to reach the statute of limitations with this extension and filing farse, *his numerous creditors and the list of proposed court cases pending and waiting to be filed, 24 to be exact. All* plaintiffs harmed equally deserve the opportunity for justice.

If you have any questions or would like additional supporting documentation sent, please feel free to contact me at the (540)825-2242 which is my office, or my cell is (540)272-7379.

With Sincere Respect,

Allison Consentino
(540)825-2242
Aconsentino71@aol.com

William E Howland, Jr
(540)219-8822
landhofarm@yahoo.com

Cc: Kimberly Alice Chandler
    Chandler Law Firm
    PO Box 17586
    Richmond VA 23226
    kim@chandlerplc.com

attachments to include:

1) Bankruptcy fraud is a serious crime page 59 of 60 – if you knowingly and fraudulently conceal assets.....
2) Credit Card Fraud police report and supporting documents
3) Page 47 of 60 Line 15 Horses That's my Que deceased, Sherrols Ice deceased along with proof of payment in the amount of $ 68,000 less expenses deducted net check in the amount of $ 55,000 paid to Frederick Cooper along with contract.  Direct attempt to conceal income.
4) Page 10 of 60 Rosie in the Rain (not currently showable) show record attached and proof of sale direct attempt to conceal value and income from sale of Rosie.
5) Page 10 of 60 Will Franz (50/50 Owned by Rhett Destefano) affidavit proving no ownership and a direct attempt to conceal 100 percent ownership of an asset.
6) Page 5 of 60 documenting reported bank accounts.  Three checks verifying checking accounts not reported on the filing nor updated when opened. This is a direct attempt to conceal deposits of income.
7) Page 4 of 60 line 10 claim of no Firearm. See attached post from Frederick Cooper brandishing his weapon.
8) Accounting showing income earned from the sale of Danks Corner Rosie in the Rain
9) Payments made by Dena Kwaschyn in 2019 for the purchase of Will Fanzy
10) Cosmology proof of sale documents

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a joint case. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days before you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2018 Best Case LLC - www.bestcase.com                    Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  19-30210-KRH
**Chapter**  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frederick Dewon Cooper
720 Carldan Road
Richmond, VA 23227

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
Debtor: xxx–xx–1684

Employer Tax-Identification (EIN) No(s).(if any):
Debtor:  NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on January 30, 2020 dismissing the above-captioned case.

Dated:  January 30, 2020

For the Court.

William C. Redden, Clerk
United States Bankruptcy Court



SAT-13109 0422-7 VAN015 19-30210
Kimberly Alice Chandler
P.O. Box 17586
Richmond, VA 23226

041065 41065 1 MB 0.436 20188 5 6 8989-1-41277

William E. Howland, Jr.
PO Box 816
Warrenton, VA 20188-0816

041065   13109041106013

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:   Frederick Dewon Cooper                    Case Number:19-30210

Debtor(s)

## ORDER

This cause came on to be heard upon the Trustee's Motion to Dismiss for unreasonable delay that is prejudicial to creditors and/or for default in making the payments under the Plan,

It appearing to the Court that the Debtor has failed to comply with the terms of the Plan confirmed by this Court and/or failed to comply with 11 U.S.C. §1325,

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any payments due the Chapter 13 Trustee prior to entry of this order and received pursuant to a wage assignment shall be paid by the Chapter 13 Trustee in accordance with the Debtor's Plan, and any such payments due after the entry of this order shall be remitted to the Debtor. The Clerk shall serve a copy of this Order to the Debtor(s), their Attorney, the Chapter 13 Trustee and notice of the dismissal shall be sent to all creditors and parties of interest.

Dated: Jan 30 2020                              /s/ Kevin R. Huennekens
                                                          Judge

RICHMOND, VIRGINIA


I ASK FOR THIS

/s/ Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
7202 Glen Forest Dr., Suite 202
Richmond VA 23226                    NOTICE OF JUDGEMENT OR ORDER
(804) 775-0979
VSB #31868                           Entered On Docket: Jan 30 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Frederick Dewon Cooper, Debtor     )           Case No. 19-30210-KRH
                                        )           Chapter 13

## OBJECTION TO CONFIRMATION

COMES NOW Elizabeth C. Brogan, Counsel for Suzanne E. Wade, Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan (the "Plan") dated October 14, 2019, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, on January 15, 2019 under 11 U.S.C. Chapter 13.

2. The Debtor has proposed two prior Chapter 13 Plans. The first Plan was dated January 29, 2019 (the "first Plan"). The Trustee filed an Objection to Confirmation of the first Plan on March 8, 2019 (the "first Objection"), requesting, in pertinent part, that the Debtor provide a record of his business income and expenses, including an explanation of the value of his horses. The Court's hearing on the first Objection was continued by agreement, and the first Objection was sustained by agreement on June 19, 2019, thereby giving rise to the second Plan.

3. The second Plan was filed July 18, 2019 (the "second Plan"). The Trustee filed an Objection to Confirmation of the second Plan on August 21, 2019 (the "second Objection"), requesting, in pertinent part, that the Debtor provide a record of his business income and expenses, including an explanation of the value of his horses. The Court's hearing on the second Objection was continued by agreement, and the second Objection was sustained by agreement on October 9, 2019, thereby giving rise to the instant Plan.

4. This Objection is filed pursuant to 11 U.S.C. §§ 1325(a)(4) and (b)(1)(B).

5. The above-filed Chapter 13 case is not eligible for confirmation due to the Debtor's failure to provide proof of the value of his assets. Line 47 of the Debtor's Schedule A/B discloses his partial ownership of three horses, namely Rosie in the Rain, Will Franz and Elfin, with a total value of $11,000.00. The Trustee requests the Debtor provide an explanation of the above-described value, including the purchase date and purchase price of each horse.

6. The above-filed Chapter 13 case is not eligible for confirmation due to the Debtor's failure to provide proof of his business income and expenses. The Trustee requests the Debtor provide a record of his horse farm income and expenses for the

Elizabeth C. Brogan
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

twelve months prior to his bankruptcy filing, including a detailed breakdown of his horses' boarding and care expenses, and income from sales and leases of the horses.

7. Finally, Line 18 of the Debtor's Statement of Financial Affairs discloses his income of $23,965.00 in June 2018, and $22,560.00 in October 2018 from the sales of horses. The Trustee requests requests the Debtor provide a detailed explanation of the use of these funds. The Trustee would also note these figures differ from those shown in the Debtor's 2018 income tax return, and would suggest any proceeds received during the six months prior to his bankruptcy filing should be included as income in Form 122C.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, respectfully moves the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan, and for such further and other relief as the Court deems necessary.

Date: November 13, 2019                              /s/ Elizabeth C. Brogan
                                                     Elizabeth C. Brogan, Counsel for
                                                     Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

**INCIDENT/INVESTIGATION REPORT**

| | | |
|---|---|---|
| Agency Name | | Case# |
| *Davie Police Department* | | *19-064941* |
| ORI | | Date / Time Reported |
| *0061200* | | *09/20/2019 15:44   Fri* |

Last Known Secure: *09/20/2019 15:44   Fri*

| Location of Incident | Premise Type | Zone/Counsl Dis | At Found |
|---|---|---|---|
| *5088 S Pine Island Rd, Davie FL 33328-* | *All Other* | 21, 2 | *09/20/2019 15:44   Fri* |

**INCIDENT DATA**

| #1 | Crime Incident(s)        (Com) | Weapon / Tools  *NOT APPLICABLE* | | Activity |
|---|---|---|---|---|
| | *Civil Matter* | Entry | Exit | Security |
| | *CVL MATT* | | | |

| #2 | Crime Incident        (   ) | Weapon / Tools | | Activity |
|---|---|---|---|---|
| | | Entry | Exit | Security |

| #3 | Crime Incident        (   ) | Weapon / Tools | | Activity |
|---|---|---|---|---|
| | | Entry | Exit | Security |

**MO**

**VICTIM**

# of Victims  *0*    Type:    Injury:    Domestic: N

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | Home Address | | | | Home Phone | | | |
| | Employer Name/Address | | | Business Phone | Mobile Phone | | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)    O = Owner (if other than victim)    R = Reporting Person (if other than victim)

Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT       Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| *IO* | *SABARESE CROSBY, DEANNE MARIE* | | *05/17/1972 Age  47* | *W* | *F* | | | |
| | Home Address  *5088 S Pine Island Rd  Davie, FL 33328* | | | | | Home Phone  *954-296-7642* | | |
| | Employer Name/Address | | | Business Phone | Mobile Phone | | | |

Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT       Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| *IO* | *COOPER, FREDERICK* | | *Age* | *W* | *M* | | | |
| | Home Address  *, VA* | | | | | Home Phone  *804-665-8925* | | |
| | Employer Name/Address | | | Business Phone | Mobile Phone | | | |

**PROPERTY**

L = Lost    S = Stolen    R = Recovered    ("OJ")    ___    F = Found

| VI # | Code | Status Fm/To | Value | OJ | | | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Officer/ID#  *HACKETT, JUL___* | | | | |
|---|---|---|---|---|
| Invest ID#  *(0)* | | | | ...tor  *LYSFJORD, HANS   (664)* |
| Status | Complainant Signature | | *Information Only    09/20/2019* | ...position: | Page 1 |

## INCIDENT/INVESTIGATION REPORT

*Davie Police Department*

Case # *19-064941*

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found | | | | | |
|---|---|---|---|---|---|---|

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *Unknown (Offender's motivation not known)*

NARRATIVE

On 09/210/2019 at approximately 1545 hours I responded to 1230 Nob Hill Rd (Davie PD) in reference to a civil matter report.

Upon arrival I made contact with the reporting party, Deanne Sabarese. Sabarese said since July 2nd of this year she had been boarding a horse belonging to a man named Frederick Cooper who resides in Virginia. Sabarese said Cooper was on time with his first two months of boarding payments and costs and would use the Venmo phone application to make said payments. Sabarese said Cooper then requested she use a credit card that supposedly belonged to Cooper's mother. Sabarese found out after roughly a month of charging expenses to said credit card that the card was wrongfully being used. Sabarese said Cooper is now roughly $2,800 in debt to Sabarese. Sabarese said she was not concerned about the debt Cooper owed her as she realized it is a civil matter that will have to be handled in civil court. Sabarese said he concern is the now retracted payments to the organizations in which she was showing the horse.

I advised Sabarese that the issue of missing payments is a civil matter and she understood. Sabarese wanted a report written to document the incident should the organizations she belongs to and shows horses in need an explanation of the payments being withdrawn. Sabarese was issued a case card.

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Frederick Dewon Cooper** | | Social Security number or ITIN  **579–13–1684** |
| | First Name   Middle Name   Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | | Date case filed for chapter  **13  2/6/20** |
| Case number:   **20–30632–KRH** | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Frederick Dewon Cooper | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 720 Carldan Road Richmond, VA 23227 | |
| 4. | **Debtor's attorney** Name and address | Kimberly Alice Chandler Chandler Law Firm P.O. Box 17586 Richmond, VA 23226 | Contact phone 804–353–1971 Email: kim@chandlerplc.com |
| 5. | **Bankruptcy trustee** Name and address | Carl M. Bates P. O. Box 1819 Richmond, VA 23218 | Contact phone  (804) 237–6800 Email:  station01@richchap13.com |

012347                                      13909012359017

Debtor **Frederick Dewon Cooper**                                              Case number **20–30632–KRH**

| 6. **Bankruptcy clerk's office** | | For the Court: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 701 East Broad Street<br>Richmond, VA 23219 | Clerk of the Bankruptcy Court:<br>William C. Redden |
| | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Date: February 7, 2020 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 804–916–2400 | |

| 7. **Meeting of creditors** | **March 26, 2020 at 09:00 AM** | Location:<br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | |

| 8. **Deadlines** | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: May 26, 2020** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: April 16, 2020** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: August 4, 2020** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

Official Form 309I Notice of Chapter 13 Bankruptcy Case [*b309ivOct18.jsp*]

**For more information, see page 3 >**

012347      13909012359017

*Fraudulent Charges* (handwritten)

$5,146.56  (5351.22 (handwritten)



## Transactions

WAYNE F CYRON #4338: Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| Jul 29 | BRANCH PAYMENT | -$4,000.00 |

WAYNE F CYRON #4338: Transactions

| Date | Description | Amount |
|---|---|---|
| Jul 22 | SQ *SQ *HUSDLEY VET RINORTH CHESTERVA | $800.00 |
| Jul 22 | JIMMY JOHNS   389 - ECALEXANDRIAVA | $27.72 |
| Jul 23 | APL* ITUNES.COM/BILL866-712-7753CA | $19.99 |
| Jul 23 | APL* ITUNES.COM/BILL866-712-7753CA | $14.99 |
| Jul 23 | AMZN Mktp US*MA4DN23H2Amzn.com/billWA | $2.14 |
| Jul 23 | SQ *SQ *DOGWOOD CREEKDaveFL | $300.00 |
| Jul 24 | VALLEY VET SUPPLY800-468-0059KS | $47.06 |
| Jul 25 | APL* ITUNES.COM/BILL866-712-7753CA | $19.99 |
| Jul 25 | APL* ITUNES.COM/BILL866-712-7753CA | $11.99 |
| Jul 25 | APL* ITUNES.COM/BILL866-712-7753CA | $21.28 |
| Jul 25 | APL* ITUNES.COM/BILL866-712-7753CA | $28.68 |
| Jul 25 | SQ *SQ *DOGWOOD CRTFKDavidFL | $100.00 |
| Jul 25 | FOX LEA FARMVENICEFL | $145.00 |
| Jul 29 | PANERA BREAD #60/007314984349SVA | $7.51 |
| Jul 29 | WM SUPERCENTER #3639800-925-6278VA | $108.98 |
| Jul 30 | PAYPAL *EFRONHEISER4029357733CA | $43.00 |
| Jul 30 | TDCA *HEALTHY PAWS #695/037544146VA | $43.00 |
| Jul 31 | EXXONMOBIL   47825534ALEXANDRIAVA | $50.00 |
| Aug 1 | FOX LEA FARM9418096365FL | $735.00 |
| Aug 1 | OLD TOWN LIBERTYALEXANDRIAVA | $699.97 |
| Aug 2 | SHELL 57545845000CHANTILLYVA | $39.98 |
| Aug 2 | OLD TOWN LIBERTYALEXANDRIAVA | $44.10 |
| Aug 2 | OLD TOWN DELIALEXANDRIAVA | $11.09 |
| Aug 3 | MSFT * E070081XS3MSRH LINEOWA | $62.50 |
| Aug 3 | APL* ITUNES.COM/BILL866-712-7753CA | $41.95 |
| Aug 4 | AMZN Mktp US*MA07M7EJOAmzn.com/billWA | $16.68 |
| Aug 6 | PAYPAL *KRISTENCYRO4029357733CA | $123.78 |
| Aug 6 | PAYPAL *KRISTENCYRO4029357733CA | $257.55 |
| Aug 6 | PAYPAL *ZALO.USA4029357733IL | $183.99 |

(handwritten annotations in left margin: NO, KRISTEN, NO)

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Aug 7 | SHELL 57542188107ALEXANDRIAVA | $53.18 |
| Aug 8 | OLD TOWN LIBERTYALEXANDRIAVA | $44.31 |
| Aug 9 | DEPARTMENT MOTOR VEHICB04-497/100VA | $87.00 |
| Aug 9 | STORAGEMART 1851FAIRFAXVA | $632.92 |
| Aug 10 | PETCO 1723   63517239BURKEVA | $77.35 |
| Aug 10 | GIANT 2743SPRINGFIELDVA | $103.61 |
| Aug 13 | Intuit *QuickBooks800-446-8848CA | $60.00 |
| Aug 13 | APL* ITUNES.COM/BILL866-712-7753CA | $0.99 |
| Aug 13 | ANNTAYLOR LOFT.COM #618003425266CT | $244.33 |
| Aug 13 | AMZN Mktp US*MO8X11022Amzn.com/billWA | $185.99 |
| Aug 13 | CJL FARMJACKSONNJ | $900.00 |
| Aug 13 | CJL FARMJACKSONNJ | $400.00 |
| Aug 14 | SQ *SQ *DOGWOOD CREEKCooper CityFL | $200.00 |
| Aug 14 | STAPLES DIRECT800-3333330MA | $19.75 |
| Aug 15 | STAPLES DIRFCT800 3333330MA | $118.78 |
| Aug 15 | SQ *SQ *DOGWOOD CREEKFort LauderdaFL | $300.00 |
| Aug 15 | WAL MART #3639DULLESVA | $99.77 |
| Aug 16 | APL* ITUNES.COM/BILL866-712-7753CA | $11.99 |
| Aug 16 | APL *ITUNES.COM/BILL866-712-7753CA | $9.99 |
| Aug 16 | SFHJA HORSE SHOW9546495853FL | $540.00 |
| Aug 16 | PAYPAL *KCYRON4029357733CA | $225.65 |
| Aug 17 | PETCO 1723   63517239BURKEVA | $23.31 |
| Aug 19 | SQ *SQ *DOGWOOD CREEKDaveFL | $600.00 |
| Aug 19 | JEFFERSON 0180800/040/54VA | $455.00 |
| Aug 20 | SHELL 12415397004SPRINGFIELDVA | $51.98 |
| Aug 20 | SQ *SQ *DOGWOOD CREEKFort LauderdaFL | $175.00 |
| Aug 20 | CUSTOMINK LLC8002934232VA | $220.00 |
| Aug 20 | OLD TOWN LIBERTYALEXANDRIAVA | $40.69 |
| Aug 21 | SQ *SQ *TROTTER EQUINEPembroke PineF | $500.00 |
| Aug 21 | SHELL 57545845000CHANTILLYVA | $69.67 |

WAYNE F CYRON #4338: Total | $10,629.58

Total Transactions for This Period | $10,629.58

Transactions continue on the back of this page



**‹ ❸**                               **Fred ›**

And for the record only
reason i got the mi mare is
for u to replace as a brood
mare for u

Wa going be my fucking
gfit to u suprise now u
know!!!!!!!

So somethings wrong
then! Why are all the
dogwood creek charges
on the cc if u paid all
that????

Wait hang on cause I'm
gonna add this up
something's not right

Or was that for Mimi??

How did Deanne get my
card number anyway

                                



**Fred**

On verge neverious break down

This down blue eyed pig

Yeah look I'll deal with it later. Wayne cut me off so now I have to figure out how I'm gonna pay my bills

I'm so fuked

It my fauly

Calm down seriously

How much more do u owe Deanne?

She sent me invoice im sick

What's the damage?

  

Debtor 1    **Frederick Dewon Cooper**                                                    Case number (if known)        **19-30210**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cash on Hand**<br>Line from *Schedule A/B:* **16.1** | $0.00 | ■   $0.00<br>☐   100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| **Savings: Bank of America -7216 (SSI deposits)**<br>Line from *Schedule A/B:* **17.1** | $596.21 | ■   $596.21<br>☐   100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| **Rosie in the Rain (not currently showable). Will Franz (50% ownership with 50% owned by Rhett Destafno), Elfin only horse currently insured (50% ownership with 50% owned by Gina Villella )**<br>Line from *Schedule A/B:* **47.1** | $11,000.00 | ■   $4,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-27 |
| **Rosie in the Rain (not currently showable). Will Franz (50% ownership with 50% owned by Rhett Destafno), Elfin only horse currently insured (50% ownership with 50% owned by Gina Villella )**<br>Line from *Schedule A/B:* **47.1** | $11,000.00 | ■   $5,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| **Annuity proceeds**<br>Line from *Schedule A/B:* | | | Va. Code Ann. § 38.2-3122 |
| **Blankets, Saddles, horse vaccuum, bridles and miscellaneous horse grooming equipment**<br>Line from *Schedule A/B:* **49.1** | | | Va. Code Ann. § 34-26(7) |

3.   **Are you claiming a homestead exemptio...**
     (Subject to adjustment on 4/01/19 and eve...                                                ...ent.)

■   No

☐   Yes   Did you acquire the property cov...                                            ...se?

   ☐   No

   ☐   Yes

**Equine Accounting and Time lines for Kristen Cyron Roses in the Rain aka Rosie**

| Rosie Frederick Cooper/Meg Miranda |
|---|

| Payments | | Venmo Payment ID |
|---|---|---|
| 3/28/2019 | 300.00 | 2709591233881178854 |
| | 300.00 | 300.00 |

| | | | | |
|---|---|---|---|---|
| | | 700 | Venmo for Rosie deposit |
| 12/7/2018 | Amy Spaudling Craven Bought Pony | | Check 320 total purchase price 4500 7/13/19 |
| 5/24/2019 | Teal Pedersen Bought Pony | 1000 | |
| 5/30/2019 | | 500 | |
| 5/30/2019 | | 1000 | |
| 6/5/2019 | | 500 | |
| 6/7/2019 | | 500 | |
| 7/3/2019 | | 400 | |
| 7/14/2019 | | 600 | |
| | | 4500 | |

5,500.00  Total price paid for Rosie from three buyers note to Meg Miranda





# USEF Horse Report

**Horse Name: DANK'S CORNER ROSES IN THE RAIN (5407174)**

**Date Range:** 01/01/2018 - 11/30/2020

**Breed:** UNKNOWN

**Sire Name:** GLENMORE SNEAKERS

**Dam Name:** GLENMORE CHARDONNAY PEARL

HAMPTON BLUES FARM LLC

**Owner Point States:**

NY (05/11/2019 - 05/10/2020)

---

**320177 2018 CJL, INC. HORSE SHOW NOVEMBER I**    Start Date of Comp: 11/3/2018 **State:** NJ **Zone:** 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** PONY HUNTER BREEDING 3 YEAR OLD
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|------------|
| 803 | Pony Hunter Breeding 3 YEAR OLD | 3 | 3 | 0.00 / 0.00 | 2.00 / 0.00 | MIRANDA, MEG (4931809) |
| | | | | HORSE NOT SHOWN IN HOME USHJA ZONE | | |
| | | | | TOTALS: 0.00 / 0.00 | 2.00 / 0.00 | |

---

**6965 2018 SNOWBIRD NOVEMBER I**    Start Date of Comp: 11/4/2018 **State:** NJ **Zone:** 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** PONY HUNTER BREEDING 3 YEAR OLD
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|------------|
| 803 | PONY HUNTER BREEDING THREE YEAR OLD | 3 | 3 | 0.00 / 0.00 | 2.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME USHJA ZONE | | |
| | | | | TOTALS: 0.00 / 0.00 | 2.00 / 0.00 | |

---

**335419 2018 CJL INC. HORSE SHOWS**    Start Date of Comp: 11/10/2018 **State:** PA **Zone:** 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** PONY HUNTER BREEDING 3 YEAR OLD
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|------------|
| 917 | 3 Year Old Pony USEF | 5 | 4 | 0.00 / 0.00 | 1.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME USHJA ZONE | | |
| | | | | TOTALS: 0.00 / 0.00 | 1.00 / 0.00 | |

---

**328773 2018 MAGIC HILL HOLIDAY FESTIVAL I**    Start Date of Comp: 11/17/2018 **State:** PA **Zone:** 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** PONY HUNTER BREEDING 3 YEAR OLD
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|------------|
| 41 | Pony 3yo | 4 | 4 | 0.00 / 0.00 | 1.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME USHJA ZONE | | |
| | | | | TOTALS: 0.00 / 0.00 | 1.00 / 0.00 | |

---

**328774 2018 MAGIC HILL HOLIDAY FESTIVAL II**    Start Date of Comp: 11/18/2018 **State:** PA **Zone:** 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** PONY HUNTER BREEDING 3 YEAR OLD
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|------------|
| 41 | Pony 3yo | 4 | 1 | 0.00 / 0.00 | 5.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME USHJA ZONE | | |
| BYP | Best Young Pony & Reserve | 7 | 1 | 0.00 / 0.00 | 5.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME USHJA ZONE | | |
| | | | | TOTALS: 0.00 / 0.00 | 10.00 / 0.00 | |

**249773 2018 SNOWBIRD NOVEMBER III**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** PONY HUNTER BREEDING 3 YEAR OLD
**Rating:** C

Start Date of Comp. 11/23/2018 **State:** NJ **Zone:** 2

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|--|------------|
| 803 | Pony Hunter Breeding 3 YEAR OLDS | 3 | 1 | 0.00 / 0.00 | 5.00 / 0.00 | | COOPER, FREDERICK (5271912) |
| | | | **TOTALS:** | 0.00 / 0.00 | 5.00 / 0.00 | | |

| Report Totals | NAT POINT GOOD | NAT POINT BAD | ZONE POINT GOOD | ZONE POINT BAD |
|---------------|----------------|---------------|-----------------|----------------|
| PONY HUNTER BREEDING 3 YEAR OLD | 0.00 | 0.00 | 21.00 | 0.00 |

Printed on 2/25/2020 9:06:37 PM

\* - Hunter Classic, ZRD - Zone/Region/District
† Hunter Money does not count toward standings
Please direct any questions or inquiries to U.S. Equestrian Customer Care, customercare@usef.org.

While we make every effort to ensure the accuracy of the information displayed, U.S. Equestrian assumes no liability to anyone for errors or omissions. Any errors called to our attention which result in a verified correction will be rectified promptly.

Debtor 1    **Frederick Dewon Cooper**                                                                    Case number *(if known)*    **19-30210**

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☒ No
    ☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☒ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☒ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|
    | Charity's Name | | | |
    | Address (Number, Street, City, State and ZIP Code) | | | |

### Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☐ No
    ☒ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
    |---|---|---|---|
    | Horses That's My Que (deceased), Sherrois Ice (deceased) | unisured losses | 2018 | $0.00 |

### Part 7:    List █████████

16. **Within 1 ye██████████████████████████acting consulted ███████████████████████n? Include any███████████████████gencie**

    ☐ No
    ☒ Yes. F█████

    Person W██████████████████e of██████████████████of
    Address ████████████████████████████████nt
    Email or ████████
    Person W██████
    Chandler██████████████████g Lega█████████████
    P.O. Box██████████████████iling █████████0
    Richmon█████
    www.cha█████

Debtor 1   **Frederick Dewon Cooper**                                             Case number (if known)   **19-30210**

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Gina Villella<br><br>co-owner of horse | $5000.00 in September 2018 | Paid for for Elfin (Horse) for 50% ownership with transferee (Gina) | 9/2018 |
| Rebecca Williams<br><br>none | Black Beard (Horse) transferred for  Bond Street (Horse) and Bond Street sold to third party purchaser for $22,560.00 in October 2018. | See above $22,560.00 deposited into BOA checking account | October 2018 |
| 3rd party transfer<br><br>None | Rescue horses transferred for -0- value Certified (2017) and Danks Corner (2018) | -0- | above |
| Third Party Transfer<br><br>none | Walk the Line Horse (50% Debtor) Rececca Williams (25%) and Gina Villella (25%). | $33,965.00 sale of horse $10,000.00 of sale distributed to co-owners listed above | June 2018 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

# Millpoint Farm

## 8451 Elway Lane
## Warrenton, VA 20186
## 540-347-6689

Sold To _Pam Milkman_

Description:
_"Thats My Que"   DOB  8/18/2011_
_Grey Holsteiner  Gelding_

Breed/Registration# _USEF # 5414652_

For The Sum of: _$68,000.⁰⁰_

Vetted: _Yes_

Terms: _None_

**This Horse/Pony is Sold as Is with No Guarantees or Warranties**

Date: _11/18/2016_

Sign: _Colleen Kelly (acting agent for) Frederick Cooper_

Sign: _____

PAMELA B MILKMAN  |  Account # 4460 3374 2973  |  October 22, 2016 to November 21, 2016

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 10/24/16 | ██████████████████████████████ | ████ |
| 11/14/16 | ██████████████████████████ | ████ |
| **Total ATM and debit card subtractions** | | ████ |

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 10/26/16 | ████████████████████████████ | ████ |
| 11/09/16 | ████████████ | ████ |
| 11/10/16 | ████████████ | ████ |
| 11/14/16 | ████████████t | ████ |
| 11/17/16 | ████████████████ | ████ |
| 11/17/16 | ████████████████████ | ████ |
| 11/18/16 | WIRE TYPE:WIRE OUT DATE:161118 TIME:1448 ET TRN:2016111800316791 SERVICE REF:011834 BNF:MILLPOINT FARM LLC ID:2000040797669 BNF BK:WEL LS FARGO BANK, N.A. ID:121000248 PMT DET:BCYNH9NNJ  Goods | -68,000.00 |
| 11/18/16 | ██████████████ | ████ |
| **Total other subtractions** | | ████ |

## Checks

| Date | Check # | Amount |     | Date | Check # | Amount |
|------|---------|--------|-----|------|---------|--------|
| 10/26/16 | ██ | ████ |  | 11/07/16 | ██ | ████ |
| 10/24/16 | ██ | ████ |  | 11/18/16 | ██ | ████ |
| 11/01/16 | ██ | ████ |  | 11/16/16 | ██ | ████ |
|  |  |  |  | **Total checks** | | ████ |
|  |  |  |  | **Total # of checks** | | 6 |

\*  *There is a gap in sequential check numbers*

Merrill Lynch | Bank of America

P.O. Box 15284
Wilmington, DE 19850

PAMELA B MILKMAN
126 CASTLE HILL RD
PAWCATUCK, CT 06379-1988

Preferred Rewards

**Client service information**

1.800.MERRILL (1.800.637.7455)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Interest Checking Preferred Rewards Platinum Honors

for October 22, 2016 to November 21, 2016

Account number: [redacted]

**PAMELA B MILKMAN**

## Account summary

| | |
|---|---|
| Beginning balance on October 22, 2016 | [redacted] |
| Deposits and other additions | [redacted] |
| ATM and debit card subtractions | [redacted] |
| Other subtractions | [redacted] |
| Checks | [redacted] |
| Service fees | [redacted] |
| **Ending balance on November 21, 2016** | [redacted] |

**MILLPOINT FARM, LLC**
8714 SPRINGS ROAD
WARRENTON, VA 20186

6117

68-34/514 9860
2000040797669

DATE 11-19-16

PAY TO THE
ORDER OF Frederick Cooper                    $ 55,000

Fifty-five thousand + no/00                        DOLLARS

FOR Sale of Que

⑈000000 6117⑈ ⑈051400549⑈ ⑈2000040797669⑈

https://oibservices.wellsfargo.com/OIB/PrintImage.jsp                    12/4/2019

*Correctly Document Order Horse*

*Dam is Correct + Sire*

# 5454830 - AMADEUS

Aliases: AMADEUS
Foal Date: 5/5/2011
Color: GREY
Sex: G
Breed: HOLSTEINER
Sire: QUO VADOS I
Dam: LORETTA X
Microchip: 276020000158612

Inactive Horse ID
USHJA Registered

Owner(s):
PAM MILKMAN (192366)
Non-Member
PAWCATUCK, CT
Breeder: WITT PFERDEZUCHT

**Start Date** *

01/01/2011

**End Date** *

11/30/2020

### HORSE REPORT

| Competition/Class | Rider/Result |
|---|---|
| HIGH VIEW IN JUNE (334280)<br>60 - Green Working Hunter - US<br>6/9/2018 - 6/9/2018, State: NY - Zone: 2, # Entries: 4 | SARAH BARGE (277474)<br>Placing: 3, Natl Points Good: 15.00, Zone Points Good: 15.00<br>Hunter Money: 0.00<br>Back Number: 225 |
| HIGH VIEW IN JUNE (334280)<br>85 - Adult Amateur Hunter 18-35 Yrs-FP<br>6/9/2018 - 6/9/2018, State: NY - Zone: 2, # Entries: 6 | MADISON DEREGIS (5087520)<br>Placing: 6, Natl Points Good: 0.00, Zone Points Good: 7.50<br>Hunter Money: 0.00<br>Back Number: 225 |
| HIGH VIEW IN JUNE (334280)<br>86 - Adult Amateur Hunter 18-35 Yrs<br>6/9/2018 - 6/9/2018, State: NY - Zone: 2, # Entries: 6 | MADISON DEREGIS (5087520)<br>Placing: 6, Natl Points Good: 0.00, Zone Points Good: 7.50<br>Hunter Money: 0.00<br>Back Number: 225 |

| Competition/Class | Rider/Result |
|---|---|
| HIGH VIEW IN JUNE (334280)<br>87 - NAL Adult Amateur Hunter 18-35 Yrs<br>6/9/2018 - 6/9/2018, State: NY - Zone: 2 , # Entries: 6 | MADISON DEREGIS (5087520)<br>Placing: 1, Natl Points Good: 0.00, Zone Points Good: 16.00<br>Hunter Money: 0.00<br>Back Number: 225 |
| HIGH VIEW IN JUNE (334280)<br>88 - Adult Amateur Hunter 18-35 Yrs US<br>6/9/2018 - 6/9/2018, State: NY - Zone: 2 , # Entries: 6 | MADISON DEREGIS (5087520)<br>Placing: 5, Natl Points Good: 0.00, Zone Points Good: 8.00<br>Hunter Money: 0.00<br>Back Number: 225 |
| HIGH VIEW IN JUNE (334280)<br>125 - NEHC Adult Hunt Seat Medal<br>6/9/2018 - 6/9/2018, State: NY - Zone: 2 , # Entries: 3 | MADISON DEREGIS (5087520)<br>Placing: 2, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 225 |
| HIGH VIEW IN JUNE (334280)<br>KKKK - NEHC Adult Hunt Seat Medal Championship<br>6/9/2018 - 6/9/2018, State: NY - Zone: 2 , # Entries: 3 | MADISON DEREGIS (5087520)<br>Placing: 2, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 225 |
| OCALA CHAMPIONSHIP (330909)<br>385 - DOVER SADDLERY ADULT MEDAL<br>3/20/2018 - 3/25/2018, State: FL - Zone: 4 , # Entries: 14 | MERLE BEACH (5092837)<br>Placing: DNP, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 891 |
| OCALA CHAMPIONSHIP (330909)<br>390 - ARIAT NATIONAL ADULT MEDAL<br>3/20/2018 - 3/25/2018, State: FL - Zone: 4 , # Entries: 13 | MERLE BEACH (5092837)<br>Placing: DNP, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 891 |
| OCALA TOURNAMENT (2254)<br>5 - LOW HUNTER O/F<br>2/27/2018 - 3/4/2018, State: FL - Zone: 4 , # Entries: 39 | SARAH BARGE (277474)<br>Placing: DNP, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 817 |
| OCALA TOURNAMENT (2254)<br>6 - LOW HUNTER O/F<br>2/27/2018 - 3/4/2018, State: FL - Zone: 4 , # Entries: 44 | SARAH BARGE (277474)<br>Placing: DNP, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 817 |
| OCALA TOURNAMENT (2254)<br>7 - LOW HUNTER O/F<br>2/27/2018 - 3/4/2018, State: FL - Zone: 4 , # Entries: 45 | SARAH BARGE (277474)<br>Placing: DNP, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 817 |
| OCALA TOURNAMENT (2254)<br>8 - LOW HUNTER O/F<br>2/27/2018 - 3/4/2018, State: FL - Zone: 4 , # Entries: 49 | SARAH BARGE (277474)<br>Placing: DNP, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 817 |
| OCALA TOURNAMENT (2254)<br>9 - LOW HUNTER UNDER SADDLE<br>2/27/2018 - 3/4/2018, State: FL - Zone: 4 , # Entries: 12 | SARAH BARGE (277474)<br>Placing: DNP, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 817 |
| OCALA MASTERS (2358)<br>5 - LOW HUNTER O/F<br>2/20/2018 - 2/25/2018, State: FL - Zone: 4 , # Entries: 65 | SARAH BARGE (277474)<br>Placing: DNP, Natl Points Good: 0.00, Zone Points Good: 0.00<br>Hunter Money: 0.00<br>Back Number: 1067 |

Horse Client List

**Breeder Reg Num**

**Microchip**

To search FEI Horse Status, click here for the FEI Horse Search.

| Horse Info | Owner Info | Horse's Current Status | Measurement Info |
|---|---|---|---|
| THATS MY QUE (5414652) | FREDERICK COOPER (5271912) | Inactive Horse ID | |
| Aliases: THATS MY QUE | Active Member - Active | | |
| Foal Date: 8/18/2011 | RICHMOND, VA | | |
| Breed: HOLSTEINER | | | |
| Color: GREY Sex: G | | | |
| Sire: QUO VADOS | | | |
| Dam: MISSY | | | |
| Microchip: Ineligible to Compete in | | | |
| Hunter/Jumper starting 12/1/2018 | | | |

Dam: Missy recorded to
deceive

Horse purposely current status
not marted sold to conceal
detation of sold.

Incorrect Sire typo intentional so
could not be researched.

Historically Fred will
doctor names to Confuse &
record Unknown names

Sherrols Ice
Sold



2:25    Sherrolstice
Socl
 

 **Alexandra Janelle Cerkez** is at
**Zephyr's Way Stable**.
September 25, 2015 · Powhatan · 🌐    •••

Max is happy to be back in work! Can't help but love
riding the biggest horses :)



📷  Write a comment...    GIF  ☺

🏠  👥  🏪  👤  🔔9+  ☰



**HilCat farm**
October 30, 2017

HilCat Farm proudly offers for sale- Will Fanzy

**https://youtu.be/BbpHuzXJh_w**

**Premium confirmation 2017 filly.**
**Half sister to many proven winners. Please see all of the "Will..." offspring records on USEF.**
**Oldenburg registered**
**Willemoes x Zarlett O'Hara.**
**Last foal offered for sale from HilCat Farm. Frozen semen available for future Willemoes foals.**

A huge congratulations to Frederick Cooper on the purchase of Will Fanzy and Anastasia. We look forward to seeing Fanzy in the show ring!



38 Comments  57 Shares

👍 Like          💬 Comment          ↪ Share

Debtor 1    **Frederick Dewon Cooper**                                                    Case number (if known)    **19-30210**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| **Cash on Hand**<br>*Line from Schedule A/B:* **16.1** | $0.00 | ■  $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| **Savings: Bank of America -7216 (SSI deposits)**<br>Line from *Schedule A/B:* **17.1** | $596.21 | ■  $596.21<br>☐  100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| *Rosie in the Rain (not currently showable).* Will Franz (50% ownership with 50% owned by Rhett Destafno), Elfin only horse currently insured (50% ownership with 50% owned by Gina Villella )<br>Line from *Schedule A/B:* **47.1** | $11,000.00 | ■  $4,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-27 |
| *Rosie in the Rain (not currently showable).* Will Franz (50% ownership with 50% owned by Rhett Destafno), Elfin only horse currently insured (50% ownership with 50% owned by Gina Villella )<br>Line from *Schedule A/B:* **47.1** | $11,000.00 | ■  $5,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| **Annuity proceeds**<br>Line from *Schedule A/B:* | | ■  $0.00 | Va. Code Ann. § 38.2-3122 |
| **Blankets, Saddles, horse vaccu...**<br>**bridles and miscellaneous hors...**<br>**grooming equipment**<br>Line from *Schedule A/B:* **49.1** | | | Va. Code Ann. § 34-26(7) |

3.  **Are you claiming a homestead exe...**
    (Subject to adjustment on 4/01/19 and ...                                                         ...ustment )

    ■  No

    ☐  Yes. Did you acquire the property ...                                                           ...s case?

    ☐  No

    ☐  Yes

AFFIDAVIT

STATE OF SOUTH CAROLINA

City of _*Charleston*_____ to -wit:

Personally appeared before me, the undersigned Notary Public, **ELIZABETH RHETT DESTEFANO**, who

Being duly sworn according to law, deposes and states 1) at no time did **ELIZABETH RHETT DESTEFANO**

purchase or have any ownership of an equine named Will Fanzy  USEF (5501000) Breed Oldenburg (Sire

Name (Willemoes Dam Name: Zarlett O'Hara) 2) **ELIZABETH RHETT DESTEFANO** never at any time

was named or included on a bill of sale of any equine named Will Fanzy 3) **FREDERICK DEWON COOPER**

listed **ELIZABETH RHETT DESTEFANO** as a 50/50 partner of said asset Will Fanzy on a bankruptcy filing

January 29, 2019 Case 19-30210-KRH 4) **ELIZABETH RHETT DESTEFANO** has filed a complaint

with the United States Bankruptcy Court Eastern District of Virginia advising them of the said horse

50/50 ownership claim is a fraudulent claim made by **FREDERICK DEWON COOPER** believed to shelter

and or protect his personal equine from the potential forced sale of his personal asset. 5) **ELIZABETH**

**RHETT DESTEFANO** has full knowledge that **FREDERICK DEWON COOPER** is the sole owner of Will

Fanzy and that he does not currently nor ever had any partner in ownership.

That to the best of her knowledge, information and belief, **FREDERICK DEWON COOPER** is not in the

active military service of the United States, and **FREDERICK DEWON COOPER** has not been in such

service for anytime within the ninety days proceeding the date of this affidavit.

Elizabeth Rhett Destefano

Elizabeth Rhett Desdefano the above named affiant, subscribed and swore to this

affidavit in my presence on this _____18TH_____ day of _novenber_____ 2019.

SARAH M YUNCKER
Notary Public, State of South Carolina
My Commission Expires April 4, 2021

NOTARY PUBLIC

My commission expires: _____4-4-2021_____

2

That to the best of her knowledge, information and belief, **FREDERICK DEWON COOPER** is not in the

active military service of the United States, and **FREDERICK DEWON COOPER** has not been in such

service for anytime within the ninety days proceeding the date of this affidavit.

_Elizabeth Rhett Destefano_

Elizabeth Rhett Destefano

Elizabeth Rhett Destefano, the above named affiant, subscribed and swore to this

affidavit in my presence on this _18th_ day of _November_ 2019.

SARAH M YUNCKER
Notary Public, State of South Carolina
My Commission Expires April 4, 2021

NOTARY PUBLIC

My commission expires: _4 4 2021_



# USEF Horse Report

**Horse Name: WILL FANZY (5501000)**                                          Date Range: 01/01/2018 - 11/30/2020

**Breed:** OLDENBURG

**Sire Name:** WILLEMOES

**Dam Name:** ZARLETT O'HARA

FREDERICK COOPER

**Owner Point States:**

VA (12/01/2017 - 11/30/2018)

VA (03/01/2019 - 02/29/2020)

---

**193 2018 KESWICK HUNT CLUB HORSE SHOW**                                          Start Date of Comp: 5/15/2018 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|------------|
| 450 | OTTB HUNTER BREEDING YEARLINGS | 3 | 3 | 2.00 / 0.00 | 2.00 / 0.00 | JOHNSON, DOWELL (196331) |
| | | | **TOTALS:** | 2.00 / 0.00 | 2.00 / 0.00 | |

---

**201 2018 DEVON**                                          Start Date of Comp: 5/24/2018 State: PA Zone: 2
*(Owner at the Competition: COOPER, FREDERICK (52/1912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|------------|
| 274 | YRLNG OTHER THAN THOROUGHBRED - FILLIES | 22 | 5 | 0.00 / 0.00 | 0.00 / 0.00 | GIBSON, BRANDON (4109996) |
| | | | **TOTALS:** | 0.00 / 0.00 | 0.00 / 0.00 | |

---

**627 2018 UPPERVILLE COLT & HORSE SHOW**                                          Start Date of Comp: 6/4/2018 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** MISC. HUNTER (No points earned)
**Rating:** N

| CLASS # | CLASS DESCRIPTION | # ENTRIE | | RIDER NAME |
|---------|-------------------|----------|---|------------|
| 410 | Non TB Get of Sire | 3 | | COOPER, FREDERICK (5271912) |

---

**332907 2018 VIRGINIA YOUNG HORSE FESTIVAL**                                          Comp: 8/24/2018 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIE | | RIDER NAME |
|---------|-------------------|----------|---|------------|
| 609 | HUNTER YEARLINGS FILLIES | 7 | | JOHNSON, DOWELL (196331) |
| 802 | $1000 YEARLING FILLIES | 7 | | JOHNSON, DOWELL (196331) |

---

**877 2018 WARRENTON HORSE SHOW**                                          Comp: 8/29/2018 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|------------|
| 47 | OTHER THAN THOROUGHBRED YEARLING FILLIES | 4 | 2 | 3.00 / 0.00 | 3.00 / 0.00 | JOHNSON, DOWELL (196331) |
| | | | **TOTALS:** | 3.00 / 0.00 | 3.00 / 0.00 | |

**Division:** MISC. HUNTER (No points earned)
**Rating:** N

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | HUNTER MONEY | RIDER NAME |
|---------|-------------------|-----------|---------|--------------------|--------------------|--------------|------------|
| 51 | AMATEUR HANDLER CLASS | 5 | 3 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 | COOPER, FREDERICK (5271912) |

| | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 |
|---|---|---|---|---|---|

---

**1666 2018 SNOWBIRD OCTOBER I**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

Start Date of Comp: 10/13/2018 State: NJ Zone: 2

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 701 | HUNTER BREEDING YEARLING | 3 | 3 | 2.00 / 0.00 | 2.00 / 0.00 | COOPER, FREDERICK (5271912) |

HORSE NOT SHOWN IN HOME USHJA ZONE

| | | TOTALS: | 2.00 / 0.00 | 2.00 / 0.00 | |

---

**336919 2018 CJL INC. HORSE SHOW**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

Start Date of Comp: 10/20/2018 State: PA Zone: 2

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 701 | HUNTER BREEDING YEARLING | 6 | 6 | 0.00 / 0.00 | 0.00 / 0.00 | CYRON, KRISTEN (4536759) |
| | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | |

---

**322565 2018 CJL FARM, INC.**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

Start Date of Comp: 10/26/2018 State: NJ Zone: 2

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 701 | Hunter Breeding YEARLINGS | 7 | 3 | 2.00 / 0.00 | 2.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | TOTALS: | 2.00 / 0.00 | 2.00 / 0.00 | |

---

**6965 2018 SNOWBIRD NOVEMBER I**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

Start Date of Comp: 11/4/2018 State: NJ Zone: 2

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 701 | HUNTER BREEDING YEARLING | 5 | 5 | 0.00 / 0.00 | 0.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | |

---

**335419 2018 CJL INC. HORSE SHOWS**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

Start Date of Comp: 11/10/2018 State: PA Zone: 2

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 902 | Non-TB Yearling Filly USEF | 3 | 3 | 2.00 / 0.00 | 2.00 / 0.00 | CROTEAU, ROBERT (4672365) |

HORSE NOT SHOWN IN HOME USHJA ZONE

| | | TOTALS: | 2.00 / 0.00 | 2.00 / 0.00 | |

---

**328773 2018 MAGIC HILL HOLIDAY FESTIVAL I**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING YEARLING
**Rating:** C

Start Date of Comp: 11/17/2018 State: PA Zone: 2

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 17 | Non-TB Yearling Fillies | 3 | 3 | 2.00 / 0.00 | 2.00 / 0.00 | COOPER, FREDERICK (5271912) |

HORSE NOT SHOWN IN HOME USHJA ZONE

| | | TOTALS: | 2.00 / 0.00 | 2.00 / 0.00 | |

**Division:** OPPORTUNITY CLASS
**Rating:** N

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 30 | Opportunity Junior/Amateur Handler (PHSA) | 7 | 8 | 0.00 / 0.00 | 0.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | |

---

**328774 2018 MAGIC HILL HOLIDAY FESTIVAL II**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*

Start Date of Comp: 11/18/2018 State: PA Zone: 2

Division: HUNTER BREEDING YEARLING
Rating: C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 17 | Non-TB Yearling Fillies | 3 | 2 | 3.00 / 0.00 | 3.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | HORSE NOT SHOWN IN HOME USHJA ZONE | | | |
| | | | TOTALS: | 3.00 / 0.00 | 3.00 / 0.00 | |

Division: OPPORTUNITY CLASS
Rating: N

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 30 | Amateur Handler | 4 | 2 | 0.00 / 0.00 | 0.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | |

**194 2019 ROSE MOUNT FARM APRIL**          Start Date of Comp: 4/10/2019 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 502 | Two Year Old Hunter Breeding | 4 | 2 | 3.00 / 0.00 | 3.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | TOTALS: | 3.00 / 0.00 | 3.00 / 0.00 | |

**5944 2019 LEXINGTON SPRING PREMIERE**          Start Date of Comp: 4/24/2019 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| BYH | BEST YOUNG HORSE | 7 | 2 | 3.00 / 0.00 | 3.00 / 0.00 | HOWLAND, WILLIAM (275642) |
| 406 | Hunter Two Yr Old | 3 | 1 | 5.00 / 0.00 | 5.00 / 0.00 | HOWLAND, WILLIAM (275642) |
| | | | TOTALS: | 8.00 / 0.00 | 8.00 / 0.00 | |

**288274 2019 WYNDSOR FARM HORSE SHOW**          Start Date of Comp: 4/27/2019 State: PA Zone: 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 211 | NonTB Two Year Old Fillies | 4 | 1 | 5.00 / 0.00 | 5.00 / 0.00 | CROTEAU, ROBERT (4672365) |
| | | | HORSE NOT SHOWN IN HOME USHJA ZONE - STIRRUP CUP POINTS NOT VALID | | | |
| BYH | BEST YOUNG HORSE & RESERVE | 17 | DNP | 0.00 / 0.00 | 0.00 / 0.00 | CROTEAU, ROBERT (4672365) |
| | | | TOTALS: | 5.00 / 0.00 | 5.00 / 0.00 | |

**317702 2019 LEXINGTON SPRING ENCORE**          Start Date of Comp: 5/1/2019 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|---|
| 406 | Hunter Two Yr Old | 0' 0" | 5 | 5 | 0.00 / 0.00 | 0.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | |

**336427 2019 MAGIC HILL SPRING FESTIVAL 3**          Start Date of Comp: 5/4/2019 State: PA Zone: 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 23 | Non TB 2 YO Fillies | 5 | 2 | 3.00 / 0.00 | 3.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | HORSE NOT SHOWN IN HOME USHJA ZONE - STIRRUP CUP POINTS NOT VALID | | | |
| BYH | Best Young Horse | 19 | DNP | 0.00 / 0.00 | 0.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | TOTALS: | 3.00 / 0.00 | 3.00 / 0.00 | |

**592 2019 JAMES RIVER HUNT HORSE SHOW**          Start Date of Comp: 5/10/2019 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*

**Division: HUNTER BREEDING 2 YEAR OLD**
**Rating: C**

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| BYH | HUNTER BREEDING - BEST YOUNG HORSE | 9 | 2 | 3.00 / 0.00 | 3.00 / 0.00 | HOWLAND, WILLIAM (275642) |
| 511 | HUNTER BREEDING 2-YEAR-OLDS | 4 | 1 | 5.00 / 0.00 | 5.00 / 0.00 | HOWLAND, WILLIAM (275642) |
| | | | TOTALS: | 8.00 / 0.00 | 8.00 / 0.00 | |

**336428 2019 MAGIC HILL SPRING FESTIVAL 4**   Start Date of Comp: 5/11/2019 State: PA Zone: 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division: HUNTER BREEDING 2 YEAR OLD**
**Rating: C**

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|---|
| 23 | Non TB 2 YO Fillies | 0' 0" | 5 | 3 | 2.00 / 0.00 | 2.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | HORSE NOT SHOWN IN HOME USHJA ZONE - STIRRUP CUP POINTS NOT VALID | | | | | | |
| | | | | TOTALS: | 2.00 / 0.00 | 2.00 / 0.00 | |

**Division: OPPORTUNITY CLASS**
**Rating: N**

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|---|
| 30 | Opp Amateur/Junior Handler (PHSA) | 0' 0" | 11 | 6 | 0.00 / 0.00 | 0.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | |

**193 2019 THE KESWICK HORSE SHOW**   Start Date of Comp: 5/14/2019 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division: HUNTER BREEDING 2 YEAR OLD**
**Rating: C**

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 451 | OTTB HUNTER BREEDING 2-YEAR OLD | 5 | 4 | 1.00 / 0.00 | 1.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | TOTALS: | 1.00 / 0.00 | 1.00 / 0.00 | |

**201 2019 DEVON**   Start Date of Comp: 5/23/2019 State: PA Zone: 2
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division: HUNTER BREEDING 2 YEAR OLD**
**Rating: C**

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 278 | 2 YR OTHER THAN THOROUGHBRED - FILLIES | 15 | 2 | 6.00 / 0.00 | 6.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | TOTALS: | 6.00 / 0.00 | 6.00 / 0.00 | |

**Division: MISC. HUNTER (No points earned)**
**Rating: N**

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | HUNTER MONEY | RIDER NAME |
|---|---|---|---|---|---|---|---|
| 293 | AMATEUR/JUNIOR HANDLERS CLASS | 28 | 7 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 | COOPER, FREDERICK (5271912) |
| | | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 | |

**627 2019 UPPERVILLE COLT & HORSE SHOW**   Start Date of Comp: 6/3/2019 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division: HUNTER BREEDING 2 YEAR OLD**
**Rating: C**

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|---|
| 406 | Non TB Hunter - Two Yr Old Fillies | 0' 0" | 6 | 5 | 0.00 / 0.00 | 0.00 / 0.00 | HOWLAND, WILLIAM (275642) |
| | | | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | |

**Division: MISC. HUNTER (No points earned)**
**Rating: N**

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | HUNTER MONEY | RIDER NAME |
|---|---|---|---|---|---|---|---|---|
| 440 | Amateur Handler | 0' 0" | 4 | 2 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 | COOPER, FREDERICK (5271912) |
| | | | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 | |

**530 2019 LOUDOUN BENEFIT**   Start Date of Comp: 6/12/2019 State: VA Zone: 3
*(Owner at the Competition: COOPER, FREDERICK (5271912))*

Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|--------|-----------|---------|---------------------|---------------------|------------|
| BYH | BEST YOUNG HORSE | 0' 0" | 5 | DNP | 0.00 / 0.00 | 0.00 / 0.00 | COOPER, FREDERICK (5271912) |
| 352 | HUNTER BREEDING 2 YEAR OLD | 0' 0" | 3 | 2 | 3.00 / 0.00 | 3.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | TOTALS: | 3.00 / 0.00 | 3.00 / 0.00 | |

**1485 2019 NCHJA ANNUAL**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Start Date of Comp: 6/26/2019 State: NC Zone: 3
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|--|-----------|---------|---------------------|---------------------|------------|
| BYH | Best Young Horse | | 6 | 1 | 5.00 / 0.00 | 5.00 / 0.00 | COOPER, FREDERICK (5271912) |
| 916 | Two Year Olds | | 3 | 1 | 5.00 / 0.00 | 5.00 / 0.00 | COOPER, FREDERICK (5271912) |
| | | | | TOTALS: | 10.00 / 0.00 | 10.00 / 0.00 | |

**333743 2019 CAMP DRESS REHEARSAL**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Start Date of Comp: 7/3/2019 State: FL Zone: 4
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|--------|-----------|---------|---------------------|---------------------|------------|
| 612 | TWO-YEAR-OLD HTR BREEDING | 0' 0" | 3 | 1 | 5.00 / 0.00 | 5.00 / 0.00 | SABARESE CROSBY, DEANNE (120064) |
| | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | | | |
| BYH | BEST YOUNG HORSE | 0' 0" | 1 | 1 | 2.00 / 0.00 | 0.00 / 2.00 | SABARESE CROSBY, DEANNE (120064) |
| | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | | | |
| | | | | TOTALS: | 7.00 / 0.00 | 0.00 / 7.00 | |

**330302 2019 PRE CAMP S'MORES**
*(Owner at the Competition: COOPER, FREDFRICK (5271912))*
Start Date of Comp: 7/10/2019 State: FL Zone: 4
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|--------|-----------|---------|---------------------|---------------------|------------|
| 612 | TWO-YEAR-OLD HTR BREEDING | 0' 0" | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | SABARESE CROSBY, DEANNE (120064) |
| | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | | | |
| BYH | BEST YOUNG HORSE | 0' 0" | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | SABARESE CROSBY, DEANNE (120064) |
| | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | | | |
| | | | | TOTALS: | 10.00 / 0.00 | 0.00 / 10.00 | |

**323536 2019 CAMP FOX LEA**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Start Date of Comp: 7/17/2019 State: FL Zone: 4
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|--|-----------|---------|---------------------|---------------------|------------|
| BYH | BEST YOUNG HORSE | | 3 | 2 | 3.00 / 0.00 | 0.00 / 3.00 | COOPER, FREDERICK (5271912) |
| | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | | | |
| 612 | TWO-YEAR-OLD HTR BREEDING | | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | COOPER, FREDERICK (5271912) |
| | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | | | |
| | | | | TOTALS: | 8.00 / 0.00 | 0.00 / 8.00 | |

**264694 2019 PLAIN BROWN WRAPPER**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Start Date of Comp: 7/24/2019 State: FL Zone: 4
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|--------|-----------|---------|---------------------|---------------------|------------|
| BYH | BEST YOUNG HORSE | 0' 0" | 1 | 1 | 2.00 / 0.00 | 0.00 / 2.00 | SABARESE CROSBY, DEANNE (120064) |
| | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | | | |
| 612 | TWO-YEAR-OLD HTR BREEDING | 0' 0" | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | SABARESE CROSBY, DEANNE (120064) |
| | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | | | |
| | | | | TOTALS: | 7.00 / 0.00 | 0.00 / 7.00 | |

**247378 2019 IT'S A WRAP**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

Start Date of Comp: 7/31/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 612.5 | TWO-YEAR-OLD HTR BREEDING | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | SABARESE CROSBY, DEANNE (120064) |

HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6)

| | | | | | | |
|---|---|---|---|---|---|---|
| BYH | BEST YOUNG HORSE | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | SABARESE CROSBY, DEANNE (120064) |

HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6)

|  |  | TOTALS: | 10.00 / 0.00 | 0.00 / 10.00 |
|---|---|---|---|---|

**2434 2019 SFHJA AUGUST SHOW**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

Start Date of Comp: 8/10/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| 101 | Hunter Breeding- 2 Year Old | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | SABARESE CROSBY, DEANNE (120064) |

HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6)
HORSE NOT SHOWN IN HOME USHJA ZONE - STIRRUP CUP POINTS NOT VALID

| | | | | | | |
|---|---|---|---|---|---|---|
| 1000 | Hunter Breeding- Best Young Horse | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | SABARESE CROSBY, DEANNE (120064) |

HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6)
HORSE NOT SHOWN IN HOME USHJA ZONE - STIRRUP CUP POINTS NOT VALID

|  |  | TOTALS: | 10.00 / 0.00 | 0.00 / 10.00 |
|---|---|---|---|---|

**332907 2019 VIRGINIA YOUNG HORSE FESTIVAL**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

Start Date of Comp: 8/23/2019 State: VA Zone: 3

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|---|
| 611 | HUNTER TWO-YEAR-OLDS FILLIES | 0' 0" | 10 | DNP | 0.00 / 0.00 | 0.00 / 0.00 | HOWLAND, WILLIAM (275642) |
| 804 | $1000 TWO-YEAR-OLD FILLIES | 0' 0" | 9 | 3 | 4.00 / 0.00 | 4.00 / 0.00 | HOWLAND, WILLIAM (275642) |
| | | | | TOTALS: | 4.00 / 0.00 | 4.00 / 0.00 | |

Division: MISC. HUNTER (No points earned)
Rating: N

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | HUNTER MONEY | RIDER NAME |
|---|---|---|---|---|---|---|---|---|
| 615 | AMATEUR/ JUNIOR HANDLER CLASS | 0' 0" | 13 | 4 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 | MAYE, ETHAN (5077539) |
| | | | | TOTALS: | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 | |

**336340 2019 SOUTHEAST MEDAL FINALS**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

Start Date of Comp: 8/30/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | HEIGHT | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|---|
| 176 | HUNTER BREEDING - TWO YEAR OLDS | 0' 0" | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | SABARESE CROSBY, DEANNE (120064) |

HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6)
HORSE NOT SHOWN IN HOME USHJA ZONE - STIRRUP CUP POINTS NOT VALID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BYH | HUNTER BREEDING - BEST YOUNG HORSE | 0' 0" | 2 | 1 | 2.00 / 0.00 | 0.00 / 2.00 | SABARESE CROSBY, DEANNE (120064) |

HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6)
HORSE NOT SHOWN IN HOME USHJA ZONE - STIRRUP CUP POINTS NOT VALID

| | | TOTALS: | 7.00 / 0.00 | 0.00 / 7.00 |
|---|---|---|---|---|

**261900 2019 EQUESTRIAN SPORT PRODUCTIONS, LLC. FALL "A" CIRCUIT I**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
Division: HUNTER BREEDING 2 YEAR OLD
Rating: C

Start Date of Comp: 10/11/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---|---|---|---|---|---|---|
| BYH | Best Young Horse | 2 | 2 | 1.00 / 0.00 | 0.00 / 1.00 | COOPER, FREDERICK (5271912) |

HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6)

| | | | | | | |
|---|---|---|---|---|---|---|
| 102 | Two Year Old Hunter Breeding | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | COOPER, FREDERICK (5271912) |

HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6)

| | | TOTALS: | 6.00 / 0.00 | 0.00 / 6.00 |
|---|---|---|---|---|

**6963 2019 EQUESTRIAN SPORT PRODUCTIONS, LLC. FALL "A" CIRCUIT FINALE**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING 2 YEAR OLD
**Rating:** C

Start Date of Comp: 11/1/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|---------|---------|------------|
| BYH | Best Young Horse | 2 | 2 | 1.00 / 0.00 | 0.00 / 1.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| 102 | Two Year Old Hunter Breeding | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| | | | TOTALS: | 6.00 / 0.00 | 0.00 / 6.00 | |

**7129 2019 EQUESTRIAN SPORT PRODUCTIONS, LLC. NOVEMBER I**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING 2 YEAR OLD
**Rating:** C

Start Date of Comp: 11/8/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|---------|---------|------------|
| 100 | BYH | 2 | 2 | 1.00 / 0.00 | 0.00 / 1.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| 102 | Two Year Old Hunter Breeding | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| | | | TOTALS: | 6.00 / 0.00 | 0.00 / 6.00 | |

**316789 2019 EQUESTRIAN SPORT PRODUCTIONS, LLC. PRE CHARITY**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING 2 YEAR OLD
**Rating:** C

Start Date of Comp: 11/15/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|---------|---------|------------|
| BYH | Best Young Horse | 2 | 2 | 1.00 / 0.00 | 0.00 / 1.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| 102 | Two Year Old Hunter Breeding | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| | | | TOTALS: | 6.00 / 0.00 | 0.00 / 6.00 | |

**900 2019 SFHJA 69TH ANNUAL CHARITY**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING 2 YEAR OLD
**Rating:** C

Start Date of Comp: 11/19/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|---------|---------|------------|
| 121 | Two Hunter Breeding | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| BYH | Best Young Horse | 2 | 1 | 2.00 / 0.00 | 0.00 / 2.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| | | | TOTALS: | 7.00 / 0.00 | 0.00 / 7.00 | |

**269388 2019 HOLIDAY AND HORSES**
*(Owner at the Competition: COOPER, FREDERICK (5271912))*
**Division:** HUNTER BREEDING 2 YEAR OLD
**Rating:** C

Start Date of Comp: 11/26/2019 State: FL Zone: 4

| CLASS # | CLASS DESCRIPTION | # ENTRIES | PLACING | NAT PNT GOOD / BAD | ZRD PNT GOOD / BAD | RIDER NAME |
|---------|-------------------|-----------|---------|---------|---------|------------|
| BYH | Best Young Horse | 3 | 2 | 3.00 / 0.00 | 0.00 / 3.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| 102 | Two Year Old Hunter Breeding | 3 | 1 | 5.00 / 0.00 | 0.00 / 5.00 | COOPER, FREDERICK (5271912) |
| | | | | HORSE NOT SHOWN IN HOME ZONE, REGION, DISTRICT (GR1111.6) | | |
| | | | TOTALS: | 8.00 / 0.00 | 0.00 / 8.00 | |



 **Zelle® Activity** 

## Payment Details

# $1,000 Sent



### Confirmation #: 968843013

To: Catherine Castle (Cathy) at (985) 237-0255

From: TD Bank, TD PREMIER CHECKING, ******0160

Sent: Tuesday, Sep 24

Deposited: Tuesday, Sep 24

Speed: Within Minutes

Reason: Will Fanzy-Payment

Payment ID: TDP0EV7O0JDL



 Zelle® Activity  DE

# $1,500 Sent



## Confirmation #: 969009325

To  Catherine Castle at ******3957

From:  TD Bank, TD PREMIER CHECKING,
******0160

Sent:  Tuesday, Sep 24

Deposited:  Wednesday, Sep 25

Speed:  Standard

Back

 Zelle® Activity 

## Payment Details

# $1,000 Sent



### Confirmation #: 970200765

To: Joyce Strain at (202) 679-8327

From: TD Bank, TD PREMIER CHECKING, ******0160

Sent: Wednesday, Sep 25

Deposited: Wednesday, Sep 25

Speed: Within Minutes

Reason: Will Fanzy half buy

Payment ID: TDP0EV8O6N4F



Purchase of Will Fancy - 9/6/19 (50% Ownership)

9/6 ♦ 1500  Catherine Cagle
9/6 ♦ 1000
9/8 ♦ 1000  Jayce Strait
9/6a ♦ 857                                    Paid through Zelle

♦ 4357 - Purchase of Will Fancy

10/10 ♦ 975 Show Fees Jayce Strait
11/2 ♦ 3875 - Show Fees Fred Young
11/19 ♦ 3875 - Show Fees Fred Young     11/19 ♦ 540 to Fl Hunter Judo - BOA M
11/20 ♦ 190⁰⁰ - Equestrian Sports - BOA M    11/12    11/2 ♦ 540 equestrian sports 240⁰⁰ BOA M
Note: There were a total of 8 shows and supposedly
      Will Fancy was Reserve Champion

- Invoices 0012, 0014, 0018, 0019, 0020 - Payments to Jessica Cloyd
  for Showing, Trailering & Boarding of Will Fancy ★

- Fees paid to Amanda Mymair - Showing - Will Fancy
- Fees paid to Buck Ridge Bloodhounds - Pay Pal receipts 11/2, 11/5/11/14
       (Boarding of Will Fancy)  11/2 Bank of America 10/1 for $700⁰⁰ paid
Transportation from FL to VA $1505  11/2 ♦ 200 Johnson Horse Transportation
Purchase of Taylorealswift from Sara Staniszek (50% Ownership)
                                                                of Taylor Swift

10/19 ♦ 516⁰⁰ ) ♦2076  + Trailering fee
10/24 ♦ 1560⁰⁰ )           from West Virginia which was $300⁰⁰

 Zelle® Activity 

## Payment Details

# $857 Sent



### Confirmation #: 973213395

To: Joyce Strain at (202) 679-8327

From: TD Bank, TD PREMIER CHECKING, ******0160

Sent: Sunday, Sep 29

Deposited: Sunday, Sep 29

Speed: Within Minutes

Reason: Will Fanzy-Part/Vet

Payment ID: TDP0EVCOJQC8

 Zelle® Activity 

Payment Details

# $879 Sent



## Confirmation #: 979686781

For: Joyce Strain at (202) 679-8327

From: TD Bank, TD PREMIER CHECKING, ******0160

Sent: Friday, Oct 4

Deposited: Friday, Oct 4

Speed: Within Minutes

Reason: Oct Board ChanceBent

Payment ID: TDP0EVHP96QD

 Zelle® Activity 

Payment Details

# $215 Sent



## Confirmation #: 984276643

To:  Joyce Strain at (202) 679-8327

From:  TD Bank, TD PREMIER CHECKING, ******0160

Sent:  Thursday, Oct 10

Deposited:  Thursday, Oct 10

Speed:  Within Minutes

Reason:  Show-Will Fanzy

Payment ID:  TDP0EVNPT5HL

October 31, 19
Shipping
Jessica Cloud



| Report Totals | NAT POINT GOOD | NAT POINT BAD | ZONE POINT GOOD | ZONE POINT BAD |
|---|---|---|---|---|
| HUNTER BREEDING 2 YEAR OLD | 151.00 | 0.00 | 53.00 | 98.00 |
| HUNTER BREEDING YEARLING | 18.00 | 0.00 | 18.00 | 0.00 |
| MISC  HUNTER (No points earned) | 0.00 | 0.00 | 0.00 | 0.00 |
| OPPORTUNITY CLASS | 0.00 | 0.00 | 0 00 | 0.00 |

Printed on 2/25/2020 9:35:38 PM

* - Hunter Classic, ZRD - Zone/Region/District
† Hunter Money does not count toward standings
Please direct any questions or inquiries to U.S. Equestrian Customer Care, customercare@usef.org.

While we make every effort to ensure the accuracy of the information displayed, U.S. Equestrian assumes no liability to anyone for errors or omissions. Any errors called to our attention which result in a verified correction will be rectified promptly

‹ All Inboxes                              ∧    ∨





You paid $300.00 USD to
Buck Ridge Bloodhounds



Create a PayPal account in just a few seconds so
every checkout is a snap!



For your purchase on November 2, 2019

Details

$300.00 USD

Subtotal                    $300.00 USD

**Total**                   **$300.00 USD**

**Ship to**
Dena Kwaschyn
1627 Bruxelles Blvd
Glen Allen, VA 23059
United State

*November 3, 19*

*1/2 boxed*

*Jessica Cloyd*



*Out Standy*

 # Zelle® Activity  DE

# $381.75 Sent



### Confirmation #: 1010652805

To: Fred Young at (804) 665-8925

From: TD Bank, TD PREMIER CHECKING, ******0160

Sent: Friday, Nov 8

Deposited: Friday, Nov 8

Speed: Within Minutes

Payment ID: TDP0EWGSYYP4

Back

 

# Zelle® Activity

## Payment Details

# $381.75 Sent



### Confirmation #: 1020027207

To:  Fred Young at (804) 665-8925

From:  TD Bank, TD PREMIER CHECKING,
******0160

Sent:  Tuesday, Nov 19

Deposited:  Tuesday, Nov 19

Speed:  Within Minutes

Reason:  Show Will Fanzy

Payment ID:  TDP0EWRU658J





FC   You paid amanda myman                    - $50.00
     Nov 21, 2019

     Perfect prep will fanzy

FC   You paid amanda myman                    - $4.45
     Nov 19, 2019

     Forgot tax for shavings for will fanzy show
     stall

FC   You paid amanda myman                    - $15.00
     Nov 19, 2019

     Shavings

FC   You paid amanda myman                    - $30.00
     Nov 19, 2019

     Grooming

Shipping 11/21/2019

Verizon LTE          8:10 PM                    96%

Done                6 of 15



Case 20-03021-KRH Doc 1 Filed 02/28/20 Entered 02/28/20 15:18:30 Desc Main
Document Page 64 of 109
•• Verizon LTE 8:15 PM ⚡ 96% 🔋 ⚡

Done 8 of 22

# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 12/12/2019 | 88084 |

| BOL # | DATE SHIPPED |
|-------|--------------|
| 93584 | 12/1/2019 |

Fredrick Cooper
7201 Laridan Road
Richmond VA 23227

| SHIPPING INFORMATION | NO. | RATE/HORSE | ROUND TRIP/I-WAY | AMOUNT |
|---|---|---|---|---|
| From: Jessica Cloyd Stables<br>Lake Worth FL<br>To: Hanover Vegetable Farm<br>Ashland VA<br>"Torrey"<br>**Bay Mare** | | 900.00 | One-Way | 900.00 |

To avoid late charge; total your credit card _____  **Total**  **$900.00**

**Thank you for your business and we look forward to serving you in the future.**

Johnson Horse Transportation, Inc.
Visa/MC/Amex/Discover accepted for payment. Please call (610) 488-7230 to charge your payment or for billing
information. Or fax to (610) 488-7030. Invoices undisputed by the due date will be final.
A service charge of 1.5% per month, 18% APR will apply to overdue accounts. Also liable for all legal and
collection fees.



Jessica Cloud    Nov 24, 19

1240

Nov Boxard
Worker
Health Cert.



### Invoice Details

**INVOICE**

Paid

Amount due
$0.00

**Bill To:**

| Description | Quantity | Price | Amount |
|---|---|---|---|
| November board worker health certificate | 1 | $1,240.00 | $1,240.00 |

❮ All Inboxes                                                ∧    ∨



**You paid $615.00 USD to
Buck Ridge Bloodhounds**



Create a PayPal account in just a few seconds so
every checkout is a snap

For your purchase on November 25, 2019

Details

| | $615.00 USD |
| Subtotal | $615.00 USD |
| **Total** | **$615.00 USD** |

**Ship to**
Peter Kwasche
1997 Brookstone Blvd
Glen Allen, VA 23060
United States



**‹ All Inboxes**

⌄





Create a PayPal account in just a few seconds so
every checkout is a snap!



For your purchase on November 26, 2019

### Details

$600.00 USD

Subtotal                    $600.00 USD

Total            $600.00 USD

**Ship to**
Diana Kwiecinyn
5517 Broadoaks Blvd
Glen Allen, VA 23059
United States

Nov 29, 19

Inv 0020

Show & Health Cert.

225 $



Debtor 1    **Frederick Dewon Cooper**                                    Case number *(if known)*   **19-30210**

**Do you own *or* have any legal or equitable interest in any of the following?**                                    Current value of the
                                                                                                                      portion you own?
                                                                                                                      Do not deduct secured
                                                                                                                      claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.........................................................................................................

                                                                                  Cash on Hand              **$0.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
              institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.....................                     Institution name:

             17.1.   Savings              Bank of America -7216 (SSI deposits)                              **$596.21**

             17.2.   Checking             Bank of America: x2542                                           **$190.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................

19. **Non-publicly traded stock**                                        ...ses, including an interest in an LLC, partnership, and
    **joint venture**
    ■ No
    ☐ Yes.  Give specific inform                                                     % of ownership:

20. **Government and corpora                                           ents**
    *Negotiable instruments* in                                        money orders.
    *Non-negotiable instrumen                                          ering them.
    ■ No
    ☐ Yes. Give specific inform

21. **Retirement or pension a                                         ** 
    *Examples:* Interests in IRA                                       er pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account s

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............              Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b)  and 529(b)(1).
    ■ No
    ☐ Yes.............              Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy





9:05

. LTE

 **Frederick Cooper**

I may just have shipper bring him that day

 Thats finenn

Ok I'll do that then, and also so I can make sure he gets in ok and such

Moms my partner on my
Horses if she pitches a fit we
just have to add 200 to
Down paymsnt ill
Make
It up some other way with ha
and bag grain and other stuf
him

He soooo easy

Legit easy

 No prep ever

 Ok. So you want me to pay $800?

Can u do that ill deworm
Snd give him spring shots
before i go

 

   

9:09 ⚹                                      ⣀ LTE ▮

<  **Frederick Cooper**                      

**Okat theb remainder wheb so i
can tell mom she does all book
keeping and be on my ass cause
 i forget**



**Good so 200 tommrow then the
remainder in cash at pony devon
rite???**

 **Just so i can tell mom**



**Okay yes mam**

**Cause i just work ride and do
 bbys she does all book keeping**



good boy

xerfect! So loving. Very
vated. Anytime will on
he's always pulling me



JOYCE ANN STRAIN
MERLIN J STRAIN
9643

Bank of America

For _____

⑆052001633⑆ 002954544359 9643

Debtor 1   **Frederick Dewon Cooper**                          Case number *(if known)*   **19-30210**

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ■ No
   ☐ Yes. Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   I Pad                                                                                    $200.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    All Clothing, including riding cloths                                                   $500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    Pet's - Rottweiler, English Bulldog. mini pony (Juicy J), Anastia
    (older mare not showable registered to a third party currently
    debtor owns per handshake agreement), both horses given to
    Debtor with no exchange for value.                                                      $1.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. *Give specific information.....*

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** ...............................................................................   $701.00

**Part 4:**  **Describe Your Financial Assets**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

 Verizon  3:06 PM  34%





Freddie ›

Mon Aug 5,

I had to buy this for protection with all the crazy people didnt fel safe leaving my house



                     




**Frederick Cooper**
Facebook




## My 17-1 hand tb stallion before i cut and sold him



## Wow he's pretty

## Ooo yea hack winner

You can't message or call them in this chat, and you won't receive their messages or calls.

### Unblock

### Something's Wrong

Jay Cooper
13580 Ashland rd
Ashland, VA 23005
(804) 665-8925



**HUNDLEY**

V E T E R I N A R Y   S E R V I C E S
8300 Hopkins Rd
North Chesterfield, VA 23237
(804) 647-9930
hundleyvmd@gmail.com

## Payment History - Jay Cooper

| | |
|---|---|
| **Receipt Number** | **4716** |
| **Payment Entry Date** | 7/10/2018 12:18 PM |
| **Amount Paid** | **$425.00** |
| **Payment** | Visa $425.00 |
| | Last 4 of Credit Card: 1111 |
| **Cashier** | Erica R. |

| | |
|---|---|
| Invoice Number | 2103 |
| Date | 7/10/2018 |
| Total | $425.00 |
| Paid in Transaction | $425.00 |
| Paid to Date | $425.00 |
| Amount Remaining | $0.00 |

| Patient | Provider | Description | Date | Total |
|---|---|---|---|---|
| Black beard | Chad Hundley, VMD | large animal exam | 7/10/2018 | $50.00 |
| Cosmo | Chad Hundley, VMD | Castration | 7/10/2018 | $275.00 |
| Cosmo | Chad Hundley, VMD | Call (1 hour) | 7/10/2018 | $70.00 |
| Will fanzy | Chad Hundley, VMD | Fluvac Innovator EHV 4/1 | 7/10/2018 | $30.00 |
| **Invoice Total** | | | | **$425.00** |
| **Paid in Transaction** | | | | **$425.00** |
| **Paid to Date** | | | | **$425.00** |
| **Amount Remaining** | | | | **$0.00** |



Will fanzy Cooper's Reminders
**Description**
Fluvac Innovator EHV 4/1



See Joshua Cardone
+
Kennoth Berlin Case

**From:** Dena Kwaschyn <dlkwaschyn@yahoo.com>
**Date:** February 26, 2020 at 7:10:01 AM EST
**To:** fdc442@gmail.com
**Cc:** kim@chandlerplc.com, station01@richchap13.com, c.lawson@ch13ricva.com
**Subject: Will Fanzy Final letter to Frederick Cooper**

Fred,

Will Fanzy was offered to me for sale in the State of Florida directly by you Frederick Dewon Cooper to purchase 50% interest , a buyout of your claimed to be partner Catherine (Cathy) Castle in the amount of $ 3,500.00. In this transaction you were the trainer, owner, and also acted as an agent. You never notified me that this horse was listed in your bankruptcy as an asset to your estate, in fact you attempted to conceal the bankruptcy entirely inducing me to pay for a claimed Champion Horse that you actually staged a Championship, by leasing another horse and sometimes two, to fill the class and give it the appearance of winning a championship to attract me and defraud me as a buyer and investor.

FAC is very clear – it applies to horse sales in Florida and does not differentiate on any residency basis. Also, if you are conducting business in Florida by way of horse sales, were you even registered to do business in the state to ensure you are complying with all laws applicable to your business?

These rules are found in the Florida Administrative Code (FAC). *Under Florida law, a violation of these rules can be deemed a deceptive practice!* 1) you MUST have a written bill of sale, and 2) your bill of sale MUST comply with FAC Rule 5H-26.004.

**5H-26.004 Bill of Sale.**

Except as provided in subsection 5H-26.003(8), F.A.C., the sale or purchase of a horse or any interest therein in Florida must be accompanied by a written bill of sale that must include at a minimum the following:

(1) The name, address, and signature of the Purchaser, the Owner, or their duly authorized agents. In a transaction solely relating to a stallion season, breeding right, or fractional interest in a horse, the syndicate manager or horse manager may serve as an acceptable agent in response to this requirement.

(2) The name of the horse, and its sire and dam if known.

(3) The breed and registry status of the horse, if applicable and if known.

(4) The age of the horse, if known.

(5) The date of the sale.

(6) The purchase price of the horse.

(7) The following statement: "As the person signing below on behalf of the Owner, I hereby confirm that I am the lawful Owner of this horse or the Owner's duly authorized agent, and I am authorized to convey legal title to the horse pursuant to this bill of sale."

(8) The following statement: "As the person signing below on behalf of the Purchaser, I understand that any warranties or representations from the Owner or the Owner's agent that I am relying upon in acquiring this horse, including warranties or representations with respect to the horse's age, medical condition, prior medical treatments, and the existence of any liens or encumbrances, should be stated in writing as part of this bill of sale."

*Rulemaking Authority 535.16 FS. Law Implemented 535.16, 570.07(36) FS. History–New 7-2-08.*

2) The law also requires that when an owner or agent provides any medical information in response to an inquiry from a purchaser or the purchaser's agent about the medical history of a horse, the owner or its agent shall accurately disclose all information within its knowledge that is responsive to the inquiry.

3)Horse professionals and owners selling any horse in Florida need to adhere strictly to these rules – remember, a violation of any provision which

results in damage is deemed an unfair and deceptive trade practice, potentially exposing you to awards of punitive damages and attorney fees in addition to actual damages

3)Another important rule to know is that an agent/trainer is prohibited from purchasing on behalf of a principal, or recommending that its principal purchase any horse in which the agent/trainer has a legal or equitable ownership interest. If you intend to sell a horse to a client that you have a financial interest in, you must inform your principal and obtain the principal's written consent, if practicable.

Will Fanzy shipped from Virginia and resided in the State of Florida with trainer Deane Sabarese Crosby on or about July 3, 2019 and additionally remained living, boarding, and showing in Florida with Jessica Cloyd Stables of Lake Worth Florida (also known as Buck Ridge Bloodhounds) until she shipped home 12/1/2019.  Will Fanzy resided in Florida for the period of July - December 2019, so she was a Florida resident at the time of purchase.

The following payments were made upon your direction directly to Catherine Castle (Cathy) on as follows:
9/24/19 $ 1,000.00 Confirmation # 968843013 (sent and deposited 9/24/19)
9/25/19 $ 1,500.00 Confirmation # 969009325 (sent 9/24/2019 but deposited on 9/25/19)
The final payment was made to your grandmother on your behalf (who at the time you claimed was your mother)
9/25/19 $ 1,000.00 Confirmation # 970200765 (sent to Joyce Strain per your instructions sent and deposited 9/25/2019)

*From the date of purchase I have not received a bill of sale which I have requested numerous times from you.

*From the date of purchase you also have refused to provide a partnership agreement.

*It was requested by the bankruptcy court that you provide proof of ownership and value and a bill of sale relating to your assets for you being the owner of Will Fanzy and you failed to provide the court with that document, one of the reasons for your prior dismissal 1/30/20.

* Jeff Sears owner of Hanover Vegtable Farm advised me that no rent is being charged for the month of February and March, therefore no board is due.

* Please provide all veterinarian medical records and xrays for Will Fanzy fully disclosing all of her past treatments with all veterinarian practices in Virginia and Florida.  That should include all medical conditions and diagnosis past to present, along with specifically medical records from Trotter Equine Pembroke Pine Florida.

Kindly provide the bill of sale and the partnership agreement and provide me receipts for my 50% of the grain and hay being provided to Will Fanzy and I will gladly pay for her feed once you submit those receipts to me and list how much food she is being provided on a daily basis.

I look forward to your response.


cc:  kim@chandlerplc.com
      station01@richchap13.com
      c.lawson@ch13ricva.com


Dena L. Kwaschyn
dlkwaschyn@yahoo.com
972-439-7233

See Joshua Caroline
+
Kenneth Berlin Case

**From:** Dena Kwaschyn <dikwaschyn@yahoo.com>
**Date:** February 26, 2020 at 7:34:53 AM EST
**To:** fdc442@gmail.com
**Cc:** kim@chandlerplc.com, station01@richchap13.com, c.lawson@ch13ricva.com
**Subject: Taylor Real Swift aka Willow**

Fred,

On October 27, 2019, you entered into an agreement to purchase a horse
across State Lines of Virginia from Sara Stanoszek, OTTBs & TB
Sporthorses for consideration in the amount of $ 2,000.00. The Jockey Club
No. 1522338 foal date March 23, 2015 otherwise named Taylor Real Swift.
Upon several requests to obtain a bill of sale, you have not provided one to
date or provided me with the original Jockey Club papers ,but rather a
photocopy of only the front page.

Sara Stanoszek after being contacted, the seller, clearly stated that she
provided you with the bill of sale and the Jockey Club papers at the time you
shipped the horse to Virginia. I also paid $ 300.00 to you for the shipping
service as you picked up the horse per my request and agreement because we
boarded at your facility.

Initially you claimed that the horse was priced at $ 4,000.00 and you paid $
2,000.00 yourself, therefore we would be 50/50 partners. It is quiet clear that
you were hopeful I would never find out that you in fact did not purchase the
horse for $ 4,000.00, but in fact you maliciously attempted to defraud me.
History repeated itself.

Paypal Payment 10/19/19 from Dana Kwaschyn to Sara Stanoszek $ 516.00
Invoice 0012
Paypal Payment 10/24/19 from Dana Kwaschyn to Sara Stanoszek $
1.550.00 Invoice 0013

Since you acted as my agent in this transaction in the State of PA you are
also responsible to notify the seller that the bill of sale should have been
written with my name on it, not Frederick Cooper the agent. You were fully
aware you did not in actuality contribute to the purchase of the horse;
therefore, why you resisted providing me the bill of sale. You clearly
misrepresented your self soley as the buyer. As a matter a fact, Sara
Stanoszek in writing stated she did not even know who I was and she thought
you simply used someone elses paypal to make the payments on behalf of
yourself.

To make it clear it is factual that Taylor Real Swift was offered for sale in the
amount of $ 2.000.00.

I solely paid the $ 2,000.00 along with misc fees in total of $ 2,066.00.

I am going to ask again that you provide me with the bill of sale for Taylor
Real Swift AKA Willow and immediately allow me to pick her up as you
have no rights to her and or ownership.

If you continue to hold her against my wishes and not turn over the bill of
sale, legal action and criminal action will be sought under the Josh Cardine
and Keg Berlin Case of 2003(provided below),which was heard in Richmond
Virginia, Federal ruling as a precedence to your actions.

* I will pay for her hay and grain that has been fed to her provided
submission of a receipt along with how much feed she is being provided
daily.

* Board is not due as Jeff Sears Owner of Hanover Vegetable Farm advised
me that no rent is being charged for the month of February and March,
therefore no board is due.

I will await your response.

cc:  kim@chandlerplc.com
     station01@richchap13.com
     c.lawson@ch13ricva.com


Dena L. Kwaschyn
dlkwaschyn@yahoo.com
972-439-7233

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:03CR_____ |
| | ) | |
| JOSHUA CARDINE, | ) | |
| a/k/a/ "Josh", | ) | |
| | ) | |
| and, | ) | |
| | ) | |
| KENNETH BERLIN, | ) | |
| a/k/a "Keg", | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

NOVEMBER 2003 TERM - At Richmond

THE GRAND JURY CHARGES that:

COUNT ONE
(Conspiracy)

Beginning in or about 1994, and continuing until through at least January, 2000, in the
Eastern District of Virginia and elsewhere and within the jurisdiction of this Court, defendants
JOSHUA CARDINE, a.k.a. "Josh," and KENNETH BERLIN, a.k.a. "Keg," did knowingly and
unlawfully combine, conspire, confederate, and agree among themselves and with others known
and unknown to the Grand Jury to commit offenses against the United States of America, namely
to:

1. Obtain and use the property of another which has a value of $10,000 or more in
connection with the marketing of livestock in interstate commerce with the intent to deprive the

1

other of a right to the property and benefit of the property, and to appropriate the property to

defendants' own use and the use of another, in violation of 18 U.S.C. § 667;

2. Having devised and intended to devise a scheme and artifice to defraud, and to obtain

money and property by means of false and fraudulent pretenses, representations, and promises,

and for the purpose of executing such scheme and artifice, and attempting to do so, knowingly

and willfully placed and caused to be placed in a Post Office and the authorized depository for

mail an item, matter, and thing to be sent and delivered by the United States Postal Service,

according to the directions thereon, as set forth below, in violation of 18 U.S.C. § 1341;

3. Having devised and intended to devise a scheme and artifice to defraud, and to obtain

money and property by means of false and fraudulent pretenses, representations, and promises,

and for the purpose of executing such scheme and artifice, and attempting to do so, transmitted

and caused to be transmitted in interstate commerce, by means of a wire communication, certain

signs, signals, and sounds, in violation of Title 18, United States Code, § 1343; and

4. To transport, transmit, and transfer in interstate commerce money of the value of

$5,000 or more, knowing the same to have been converted and taken by fraud in violation of 18

U.S.C. § 2314.

The primary purpose of the conspiracy was to make money by obtaining horses on

consignment from owners for resale, keeping the sale proceeds, and falsely telling the owners the

horses had not sold or that they had sold for a lesser amount, as set forth herein.

## BACKGROUND

5. From in or about April 1994 until on or about January 28, 2000, CARDINE and

BERLIN operated horse boarding and riding businesses as well as horse consignment/brokerage

2

services, out of various leased farms and stables in Virginia and Maryland, operating at times as
"Meadowbrook Manor Farms."

6. CARDINE and BERLIN's work often took them to out-of-state horse shows.

## WAYS, MANNER AND MEANS OF CONSPIRACY

The ways, manner, and means by which the conspirators carried out the purposes of the
conspiracy include, but are not limited to, the following:

7. It was a part of the conspiracy that the defendants would and did play different roles,
take upon themselves different tasks and participate in the affairs of the conspiracy through
various criminal acts. The defendants would and did make themselves and their services
available at various times throughout the conspiracy. The roles assumed by the defendants were
interchangeable at various times throughout the conspiracy.

8. It was further a part of the said conspiracy that the defendants would and did use
various methods to conceal the conspiracy and their unlawful activities in order to ensure the
conspiracy's continuing existence and success, including "lulling" letters and telephone calls with
repeated false statements, representations, and excuses.

9. It was further a part of the said conspiracy that defendants would and did commit, and
aid and abet in the commission of the aforesaid criminal offenses in violation of Title 18, United
States Code, Section 2.

10. In reality, CARDINE and BERLIN systematically took possession of ponies and
horses to sell, sold them without notifying their owners, and pocketed the sales price in full. In
some instances, they notified the owners that their horses had been sold, but under-represented
the sales price by thousands of dollars, keeping the difference for themselves.

3

## OVERT ACTS

In furtherance of the conspiracy, the defendant and co-conspirators committed the following acts in the Eastern District of Virginia and elsewhere:

### LLANDEFALLE RADIANCE (1996)

11. In August 1996, "V. & M. S.," who at that time resided in the Eastern District of Virginia, asked BERLIN to help them sell a pony named "Llandefalle Radiance." BERLIN subsequently sold the pony for $10,000. However, BERLIN concealed the sale, and did not give "V. & M. S." the proceeds to which they were entitled from the sale.

12. In or about late 1996, in an attempt to settle his outstanding debt to "V. & M. S.," BERLIN signed over one of his ponies, "Cover Girl," and provided room and board for the "V. & M. S.'s" ponies, and free riding lessons for their daughter, as payment.

### COVER GIRL (1996-2000)

13. Thereafter, "V. & M. S." boarded "Cover Girl" with BERLIN in the Chesapeake, Virginia and Baltimore, Maryland areas, so that he could train the horse for future sale. In exchange, "V. & M. S." agreed to give BERLIN a commission from the sale once the horse was sold. After a period of time, when "V. & M.S." contacted BERLIN to inquire about the status of "Cover Girl's" training, BERLIN falsely told them that the horse was not yet ready to sell.

14. Thereafter, "V. & M.S." mailed CARDINE and BERLIN a letter in Baltimore, Maryland, asking them to return "Cover Girl" and two other horses they were boarding. CARDINE and BERLIN did not respond to that letter or the more formal demand note "V. & M.S." later sent.

15. "V. & M.S." finally received a telephone call from CARDINE and BERLIN once they had returned to Virginia and were working out of a farm in Powhatan, Virginia. CARDINE and BERLIN falsely advised "V. & M.S." that the horse had not yet sold.

4

16. In fact, CARDINE and BERLIN sold "Cover Girl" for $5,500.00 to "W." on or about March 14, 1999, during a Gulfport, Mississippi horse show.

17. Because the sale of "Cover Girl" was concealed from "V. & M.S.," CARDINE and BERLIN were unable to provide the buyer "W." with the horse's official papers which are necessary to transfer title to the horse. The ownership papers are valued at the purchase price of the livestock.

18. Thereafter, on three different occasions, "W." in Alabama, telephoned CARDINE and BERLIN at their Maryland telephone numbers. In each telephone conversation, CARDINE and BERLIN gave "W." various false excuses, statements, and assurances regarding the "Cover Girl" ownership papers.

19. "W." never received the papers from either CARDINE or BERLIN, and was only able to obtain them after tracing the pony back to "V. & M.S." who agreed to forward the paperwork.

DOLL

20. In 1996, "K.," who at that time resided in the Eastern District of Virginia, gave BERLIN a female pony named "Doll" to sell on consignment for a price range of $1,000 to $1,500.

21. BERLIN thereafter transferred "Doll" to "V. & M.S." without informing "K."

22. In or about 2000, "K." learned that BERLIN had sold the pony to "V. & M.S.," but had not given her any of the proceeds from the sale. "K." called "V. & M.S." and demanded that they return her pony, or pay her what she was owed. "V. & M.S." informed "K." that they had traded another horse as payment for "Doll."

5

23. Shortly thereafter, "K." retrieved "Doll" from "V. & M.S.'s" estate. The following day, CARDINE contacted "K." and asked her to return the pony to "V. & M.S." "K." responded that she would only return the pony once she had been paid. Later that afternoon, CARDINE visited "K." and paid her $1,000 in cash for the pony.

NEXT KID (1997-1999)

24. On or about March 31, 1997, "V. & M.S.," who at that time resided in the Eastern District of Virginia, purchased a pony named "Next Kid" from BERLIN for $7,500. "V. & M.S." stabled "Next Kid" on BERLIN's property at Bridgepoint Trail, Suffolk, Virginia.

25. By mid-1998, "V. & M.S.'s" daughter had outgrown the pony and "V. & M.S." offered the pony to CARDINE and BERLIN to sell on consignment.

26. CARDINE and BERLIN appraised the pony at $10,000, and entered into a verbal contract with "V. & M.S.," agreeing to travel with and show the pony in an attempt to sell it, in exchange for a portion of the proceeds.

27. In or about the Fall of 1998, BERLIN falsely told "V. & M.S." that he had found a buyer who was willing to purchase "Next Kid" for $8,000. "V. & M.S." agreed to the $8,000 purchase price. CARDINE and BERLIN falsely told "V. & M.S." that the horse was being purchased for a child whose parents were paying one-half of the purchase price while the grandparents were paying the other half, and asked "V. & M.S." if they minded receiving two $4,000 checks as payment for "Next Kid." "V. & M.S." agreed to the proposed two-check plan; however, they only received one $4,000 check from "Meadowbrook Manor Farms".

28. In fact, in or about July 1998, CARDINE and BERLIN had actually sold "Next Kid"

6

to "D.P." in Ellicott City, Maryland, for $20,000, concealed that sale, and fraudulently retained

the $16,000 in sale proceeds above the amount paid to "V. & M.S."

29. Thereafter, "D.P.'s" daughter also outgrew "Next Kid." "D.P." asked CARDINE and

BERLIN to sell "Next Kid" on consignment. Initially, CARDINE and BERLIN told "D.P." they

were asking $40,000 for the pony, which "D.P." thought was too high.

30. After a time when the pony did not sell, CARDINE and BERLIN told "D.P." they

could sell "Next Kid" for $30,000; however they later informed "D.P." that the buyer had backed

out. When "D.P." told CARDINE and BERLIN that she wanted the pony back, CARDINE and

BERLIN refused to return "Next Kid." Subsequently, "D.P.'s" friend retrieved the pony for

"D.P." from the stable while CARDINE and BERLIN were away.

### RAINBEAU'S NORTHERN BELL (1997-1999)

31. In September of 1998, "D.H.," who was at that time a resident of the Eastern District

of Virginia, contacted CARDINE in Maryland and informed him that she had a pony she wished

to sell named "Rainbeau's Northen Bell."

32. CARDINE agreed to sell "Rainbeau's Northen Bell" for at least $15,000, for a

commission of 10 percent of the sale price and reimbursement for any expenses incurred while

selling the horse. "D.H." made it very clear that she did not want CARDINE to sell "Rainbeau's

Northen Bell" for less than $15,000.

33. In November of 1998, CARDINE and BERLIN came to Virginia, picked up

"Rainbeau's Northen Bell" from the Pleasant Ridge Stable in Virginia Beach, Virginia where he

was being stabled, and took him to Maryland to try to sell him there.

7

34. Over the next few months, "D.H." and CARDINE exchanged numerous telephone calls between Chesapeake, Virginia and Catonsville, Maryland, concerning the sale of "Rainbeau's Northen Bell."

35. In January of 1999, CARDINE called "D.H." and asked "D.H." if he and BERLIN could take "Rainbeau's Northen Bell" to a Gulfport, Mississippi horse show with them in February - March of 1999 for possible sale, and requested $1,000 to pay the expenses of stall rental for "Rainbeau's Northen Bell" in Gulfport.

36. "D.H." told CARDINE she did not have the money for the stall rental, but would reimburse him for any expenses he incurred concerning her horse while in Gulfport.

37. CARDINE in Mississippi called "D.H." in Virginia and told "D.H." that some people were interested in "Rainbeau's Northen Bell."

38. In March of 1999, however, after CARDINE and BERLIN returned to Maryland, they called "D.H." in Virginia from Maryland and falsely informed her that, although there had been some interest in "Rainbeau's Northen Bell," the horse had not sold.

39. In fact, CARDINE and BERLIN had sold "Rainbeau's Northern Belle" at the Mississippi show to "S.S." for $28,000 and fraudulently concealed the sale and retained the sale proceeds.

40. At that time, CARDINE also told "D.H." that if someone did not buy the horse, he would like to purchase it. "D.H." then agreed to sell "Rainbeau's Northen Bell" to CARDINE for $10,000. Despite the agreement, CARDINE never paid "D.H." for the horse.

41. By 1999, CARDINE and BERLIN had relocated themselves and their horse business to a horse farm in Chesterfield County, Virginia.

8

42. During the Summer of 1999, "D.H." and "D.H.'s" daughter visited the Chesterfield County farm numerous times to check on "Rainbeau's Northern Belle." Each time, CARDINE and BERLIN, to conceal the earlier sale, gave them numerous false and fraudulent excuses, statements, and representations to explain the horse's absence from the farm.

43. On or about October 23, 1999, "D.H." went to the Chesterfield County Farm in an attempt to collect the money owed to "D.H." for "Rainbeau's Northern Belle." BERLIN wrote out a contract for the purchase and gave "D.H." a check in the amount of $2,000, written on the account of "Meadowbrook Manor Farm" at NationsBank, Maryland. When "D.H." attempted to cash the check shortly thereafter the check was returned for insufficient funds.

44. After the check "bounced," "D.H." called CARDINE, who agreed to send "D.H." a cashier's check by overnight mail. "D.H." never received the promised cashier's check from CARDINE, and when "D.H." attempted to telephone him, "D.H." learned CARDINE and BERLIN's telephone line had been disconnected.

45. At about the same time that CARDINE gave her the fraudulent check, "D.H." learned that "Rainbeau's Northern Belle" had actually been sold to "S.S." for approximately $28,000 during the March, 1999 horse show in Gulfport, Mississippi.

46. Shortly thereafter, "D.H." obtained a warrant against BERLIN for issuing the insufficient funds check. On or about January 3, 2000, after "D.H." had obtained the warrant for BERLIN, CARDINE met "D.H." at a restaurant in Chesapeake, Virginia and gave "D.H." a $10,000 cashier's check.

47. "S.S." paid CARDINE and BERLIN for "Rainbeau's Northern Belle" by initially mailing them a personal check for $14,000.00 as a down payment, followed by several

9

installment checks. Beginning with the fourth payment, CARDINE requested that the

installment payments be by interstate wire transfers through SouthTrust Bank, Birmingham,

Alabama to CARDINE and BERLIN's "Meadowbrook Manor" account at a Richmond, Virginia

bank. Between May 18, 1999 and November 17, 1999, "S.S." made eleven payments totaling

$14,350.00.

### MERCI BEAUCOUP (1999)

48. In mid-1999, "S.S." asked CARDINE to sell a pony for "S.S." named "Merci

Beaucoup."

49. CARDINE agreed, and in a follow up telephone conversation asked "S.S." to bring

the pony to the August 1999 AHAS National Pony Hunter Championships in Culpeper, Virginia.

50. "S.S." took the pony to the show and gave the pony to CARDINE along with the

horse's pony card, a copy of its health certificate, original coggins papers, Virginia bred papers,

and Welsh Pony papers. "S.S." advised CARDINE that she wanted at least $10,000.00 from the

sale of the pony, but that CARDINE could keep any additional proceeds from the sale.

CARDINE agreed with the arrangement.

51. Between late August 1999, through in or about December 1999, "S.S." telephoned

CARDINE numerous times to ask how "Merci Beaucoup" was doing. In each of these telephone

conversations, CARDINE falsely and fraudulently advised "S.S." that the pony was fine and was

still stabled at their farm in Powhatan County, Virginia.

52. In reality, CARDINE and BERLIN had actually sold "Merci Beaucoup" in

September of 1999 to "E.M." for $6,000.

53. BERLIN had falsely told "E.M." that "S.S." had given CARDINE and BERLIN the pony as a goodwill gesture to satisfy a debt "S.S." owed them.

54. BERLIN initially offered "Merci Beaucoup" for $5,000. However, when "E.M." went to the Powhatan County Farm, BERLIN informed "E.M." that the cost of the pony was $6,000, despite the verbal agreement for the lower price. Because "E.M.'s" daughter had already seen and liked the pony, "E.M." purchased the pony for $6,000, paying by personal check.

55. The following day, CARDINE and BERLIN delivered "Merci Beaucoup" to "E.M.'s" farm in Waverly, Virginia. To encourage the sale, BERLIN had falsely told "E.M." that "Merci Beaucoup" was gentle and settled. During the first two days "Merci Beaucoup" was in "E.M.'s" possession, the pony "spooked," and reacted in dangerous manners, several times while "E.M." was riding it, once while "E.M.'s" daughter was riding, and on one occasion, actually jumped out of the riding ring. "E.M." called BERLIN to complain about the dangerous behavior of the pony, and BERLIN knowingly and falsely responded that he had never seen the horse "spook," and insisted that it was a safe horse to ride.

56. "E.M." became very concerned about "Merci Beaucoup" and wanted to sell the pony. When "E.M." attempted to call BERLIN to obtain more information about the pony, however, BERLIN stopped returning "E.M.'s" phone calls. "E.M." never received ownership papers from BERLIN for the pony, and despite "E.M.'s" repeated attempts to call CARDINE and BERLIN in Powhatan, she was not able to reach them, ultimately finding that the telephone was disconnected.

57. In December 1999, "S.S." learned that her pony "Merci Beaucoup" had been sold. "S.S." and her husband placed several telephone calls from Northport, Alabama, to CARDINE

11

and BERLIN in Powhatan, Virginia, and asked about "Merci Beaucoup." On one occasion,
CARDINE and BERLIN advised them that someone was trying out the pony, but that the pony
had not been sold yet.

58. "S.S.'s" husband demanded his money from CARDIN and BERLIN and told them to
either send $10,000.00 from the sale of the pony, or return the pony.

59. Only in late December 1999 did BERLIN tell "S.S." that he and CARDINE had sold
the pony for $6,000.00 and they would be sending the "S.S." $3,000.00. CARDINE and
BERLIN did not tell them the sale had been three months earlier.

STEINWAY (Dec. 1998-1999)

60. In December of 1998, CARDINE and BERLIN called "S.V.C." and told her that they
had some people interested in purchasing her pony "Steinway." "S.V.C." told CARDINE and
BERLIN that they could sell the horse, but that she needed to make at least $8,500 on the sale
and that CARDINE and BERLIN could keep any remaining profit.

61. In December of 1998, "V.D.C." took the pony to Maryland from Virginia and gave it
to CARDINE and BERLIN to sell.

62. After a period of time, "S.V.C." inquired about her horse and was falsely and
fraudulently told by CARDINE and BERLIN that the horse was not yet sold. "S.V.C." wanted
the pony back, but CARDINE and BERLIN would not return the pony, saying that they would
sell it at any time.

63. In fact, CARDINE and BERLIN had sold "Steinway" for $4,200.

64. In or about March, 1999, because CARDINE and BERLIN would not return her horse, "S.V.C." filed a stolen pony report with Maryland law enforcement authorities.

65. "S.V.C." later filed a civil matter in Maryland against CARDINE and BERLIN concerning the sale of Steinway and received a favorable judgement for $2,805.

66. During this time, she received numerous telephone calls from CARDINE and BERLIN threatening to kill "S.V.C." and her daughter.

67. Eventually CARDINE and BERLIN paid "S.V.C." the amount she was owed from the civil suit, approximately $2,805.

(All in violation of 18 U.S.C. § 371).

## COUNTS TWO - EIGHT
(Mail Fraud)

68. The allegations set forth in Count One are hereby incorporated and realleged by reference.

69. On or about the dates set forth below, in the Eastern District of Virginia, and elsewhere and within the jurisdiction of this Court, defendants CARDINE and BERLIN devised and intending to devise a scheme and artifice to defraud, and to obtain money and property from various individuals by means of false and fraudulent pretenses, representations and promises, to wit, telling horse owners that their horses had not yet sold, or had sold for amounts less than the actual sales prices in order to convert the remaining profits to their own use, and for the purpose of executing such scheme and artifice to defraud, and attempting to do so, knowingly and willfully placed and caused to be placed in a Post Office and the authorized depository for mail

13

an item, matter, and thing to be sent and delivered by the United States Postal Service, according

to the directions thereon, and did aid and abet such conduct as follows:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 2 | 1997 | $1,000 mailed to "V. & M.S." by CARDINE and BERLIN as partial payment of proceeds from sale of "Cover Girl" |
| 3 | Fall 1998 | $4,000 check sent by mail to "V. & M.S." as partial payment for their horse, "Next Kid" |
| 4 | December 11, 1998 | Demand Note mailed by "V. & M.S." to CARDINE and BERLIN demanding the return of their horses |
| 5 | March 12, 1999 | $14,000 check sent from "S.S." to CARDINE and BERLIN as initial deposit payment for "Rainbeau's Northern Bell" |
| 6 | March 18, 1999 | $1,000.00 payment sent by "S.S." to CARDINE and BERLIN |
| 7 | March 25, 1999 | $500.00 installment payment sent by "S.S." to CARDINE and BERLIN |
| 8 | Jun 9, 1999 | $3,000.00 installment payment sent by "S.S." to CARDINE and BERLIN |

(In violation of Title 18, United States Code, Sections 2, 1341).

## COUNTS NINE - SEVENTY
### (Wire Fraud)

70. The allegations contained in Counts One through Eight above are hereby realleged

and incorporated by reference.

14

71. On or about the dates set forth below, in the Eastern District of Virginia and

elsewhere, and within the jurisdiction of this Court, defendants CARDINE and BERLIN

knowingly and intentionally devised, and intended to devise, a scheme and artifice to defraud

various individuals, and for the purpose of executing, and in attempting to execute, the scheme

and artifice, did transmit and cause to be transmitted in interstate commerce, by means of a wire

communication, certain signs, signals, and sounds, that is, telephone calls and interstate

electronic fund transfer wire transmissions, and did aid and abet such conduct as follows:

**Phone Calls:**

| COUNT | DATE | DESCRIPTION | FROM | TO |
|---|---|---|---|---|
| 9 | 12/7/98 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 747-7331 |
| 10 | 12/28/98 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 747-7331 |
| 11 | 1/5/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 747-7331 |
| 12 | 1/25/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 747-7331 |
| 13 | 2/26/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 747-7331 |
| 14 | 4/20/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 747-7331 |
| 15 | 5/11/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 747-7331 |
| 16 | 5/12/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 336-4821 |
| 17 | 5/12/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 336-4821 |
| 18 | 5/13/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-___ | CARDINE (410) 747-7331 |

15

| 19 | 5/24/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 747-7331 |
| 20 | 5/24/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 747-7331 |
| 21 | 6/4/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 336-4821 |
| 22 | 6/5/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 336-4821 |
| 23 | 6/18/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 747-7331 |
| 24 | 6/21/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE Hanson (410) 747-7331 |
| 25 | 6/21/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 747-7331 |
| 26 | 6/22/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 747-7331 |
| 27 | 6/22/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 747-7331 |
| 28 | 6/22/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (410) 747-7331 |
| 29 | 6/23/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (443) 535-0308 |
| 30 | 6/29/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (443) 535-0308 |
| 31 | 7/9/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (443) 535-0308 |
| 32 | 7/18/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (443) 535-0308 |
| 33 | 12/15/99 | Sale of "Rainbeau's Northern Bell" | D.H. (757) ___-____ | CARDINE (770) 972-6847 |
| 34 | 8/16/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |

16

| 35 | 8/17/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 36 | 8/17/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 37 | 8/17/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 38 | 8/19/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 39 | 8/19/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 40 | 8/21/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 41 | 8/24/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 42 | 8/28/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 43 | 8/30/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 44 | 9/1/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 45 | 9/1/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 46 | 9/1/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 47 | 9/1/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 48 | 9/1/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 49 | 9/2/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |
| 50 | 9/6/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-____ |

| 51 | 9/8/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-___ |
|---|---|---|---|---|
| 52 | 9/10/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-___ |
| 53 | 9/19/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-___ |
| 54 | 9/20/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-___ |
| 55 | 9/20/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-___ |
| 56 | 9/29/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-___ |
| 57 | 9/30/99 | Sale of "Merci Beaucoup" | CARDINE (804) 897-5792 | S.S. (205) ___-___ |
| 58 | March 1999 | Phone call from CARDINE in Maryland to "D.H." in Virginia informing her that, despite a high level of interest, "Rainbeau's Northern Bell" had not been sold in Mississippi | Maryland | Virginia |
| 59 | Dec 1998 - March 1999 | Multiple phone calls from "S.V.C." to CARDINE and BERLIN inquiring on status of sale of "Steinway" | Virginia | Maryland |
| 60 | March 1999 | Phone calls from CARDINE and BERLIN to "S.V.C." threatening to kill her and her daughter during civil lawsuit | Maryland | Virginia |

18

| 61 | March - May 1999 | Multiple telephone calls from "W." in Alabama to CARDINE and BERLIN in Maryland attempting to get "Cover Girl's" papers | Alabama | Maryland |
|---|---|---|---|---|

**Electronic fund transfers by interstate wire:**

| COUNT | DATE | AMOUNT | FROM | TO | DESCRIPTION |
|---|---|---|---|---|---|
| 62 | 7/26/99 | $1,000.00 | "S.S." Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |
| 63 | 7/27/99 | $2,750.00 | "S.S." Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |
| 64 | 8/2/99 | $3,250.00 | "S.S." Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |
| 65 | 9/1/99 | $500.00 | "S.S." Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |
| 66 | 10/12/99 | $250.00 | "S.S." Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |
| 67 | 11/3/99 | $400.00 | "S.S." Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |

| 68 | 11/5/99 | $1,000.00 | "S.S." Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |
| 69 | 11/15/99 | $800.00 | "S.S." Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |
| 70 | 11/17/99 | $300.00 | "S.S." Stonehedge Southtrust Bank Alabama | Meadowbrook Manor Accout Richmond, VA | installment payment for "Rainbeau's Northern Belle" |

(In violation of Title 18, United States Code, Sections 2, 1343.)

## COUNTS SEVENTY-ONE - SEVENTY-TWO
[Transportation Fraud]

72. The allegations contained in Counts One through Seventy of the Indictment above are hereby repeated, realleged and incorporated by reference as though fully set forth herein.

73. On or about the following dates, in the Eastern District of Virginia and elsewhere, and within the jurisdiction of the Court, defendants CARDINE and BERLIN unlawfully, willfully and knowingly did transport and transfer and cause to be transported and transferred, in interstate commerce money of a value of $5,000 or more, knowing the same to have been converted and taken by fraud, as set forth below:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 71 | May 19, 1999 - November 17, 1999 | Eleven installment payments totaling $14,350.00 wired by "S.S." in Alabama to CARDINE and BERLIN's bank account in Richmond as payment for "Rainbeau's Northern Bell" |

20

| 72 | March 1999 | "W." gives $5,500.00 check to CARDINE and BERLIN at horse show in Gulfport, Mississippi as payment for "Cover Girl." CARDINE and BERLIN transport the check to Richmond, Virginia where they deposit it into their Meadowbrook Manor Account at Bank of America on March 22, 1999. |

(In violation of Title 18, United States Code, Sections 2 and 2314.)

## COUNTS SEVENTY-THREE - SEVENTY-SIX
### (Theft of Livestock)

74.   The allegations contained in Counts One through Seventy-Two above are hereby realleged and incorporated by reference as though set forth in full herein.

75.   On or about the following dates, in the Eastern District of Virginia and elsewhere, and within the jurisdiction of this Court, defendants CARDINE and BERLIN did knowingly, intentionally, and unlawfully obtain and use the property of another which had a value of $10,000 or more, in connection with the marketing of livestock in interstate and foreign commerce, with the intent to deprive the other of a right to the property and a benefit of the property and did appropriate the property to their own use and the use of another, and did aid and abet such conduct as follows:

| COUNT | DATE | DESCRIPTION |
| --- | --- | --- |
| 73 | July 1999 | BERLIN told "V. & M.S." he sold their pony, "Next Kid" for $8,000, when in fact, he actually sold the pony for $20,000, and kept the remaining $12,000 profit to use for the benefit of himself and CARDINE |

| 74 | Feb 1999 | CARDINE told "D.H." he had not sold her pony "Rainbeau's Northern Bell" when he had in fact, already sold the pony for $28,000. He agreed to purchase the pony from "D.H." for $10,000, but only actually paid her $2,000, in a check that bounced, keeping the resulting $26,000 profit to use for the benefit of himself and BERLIN |
| 75 | March 14, 1999 | Converted horse "Cover Girl" valued greater than $10,000. |
| 76 | Sept. 1999 | Converted horse "Merci Boucoup," valued greater than $10,000. |

(In violation of Title 18, United States Code, § 667.)

## COUNT SEVENTY-SEVEN
### (False Statements)

76.    The allegations contained in Counts One through Seventy-Six of the Indictment above are hereby repeated, realleged and incorporated by reference as though fully set forth herein.

77.    On or about August 2, 2001, in the Eastern District of Virginia, and within the jurisdiction of this Court, in a matter within the jurisdiction of the Federal Bureau of Investigation, a department of the United States, defendant BERLIN knowingly and willfully made, and caused to be made false, fictitious, and fraudulent material statements and representations, in that a Federal Bureau of Investigation agent interviewed defendant BERLIN regarding his involvement with JOSHUA CARDINE and Meadowbrook Manor Farms in the fraudulent sales of horses, and defendant BERLIN knowingly and falsely:

a. stated that he had turned over all of the primary responsibilities of the business to CARDINE who was mainly responsible for selling the horses and dealing with customers and

22

that he was only in charge of feeding, grooming, and caring for the horses, when in truth and in

face he did sell horses and deal with customers; and

b. denied having any knowledge of the fraudulent sales practices, blaming the entire

situation on CARDINE, when in truth and in fact he was fully aware of the fraudulent sales

practices;

knowing the aforesaid statements and misrepresentations to be false and fraudulent.

(In violation of Title 18, United States Code, Sections 2, 1001).


A TRUE BILL:


_____
FOREPERSON


PAUL J. McNULTY
UNITED STATES ATTORNEY


By:    _____
S. David Schiller
Assistant United States Attorney

23